# EXHIBIT A
*State Court Complaint*

# EXHIBIT A
*State Court Complaint*

Electronically Filed
12/20/2024 8:01 AM
Steven D. Grierson
CLERK OF THE COURT

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*    *service@the702firm.com*

CASE NO.: A-24-908555-C

Department 25

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHRISTINA T., pseudonymously, <br><br> Plaintiff, <br><br> vs. <br><br> BELLAGIO LLC; <br> DESERT PALACE, LLC; <br> NEVADA PROPERTY 1, LLC; <br> DEUTSCHE BANK AG; <br> DEUTSCHE IMOBILIEN AG; <br> BLACKSTONE REAL ESTATE PARTNERS VII L.P.; <br> FLAMINGO LAS VEGAS OPERATING COMPANY LLC; <br> HRHH HOTEL/CASINO, LLC; <br> BREF HRHH LLC; <br> BROOKFIELD FINANCE LLC <br> BROOKFIELD ASSET MANAGEMENT (US), INC; <br> MANDALAY BAY RESORT GROUP LLC; <br> MGM GRAND HOTEL LLC; <br> MGM GRAND PROPCO LLC; <br> FP HOLDINGS, L.P.; <br> VENETIAN GAMING LAS VEGAS, LLC; <br> and WYNN LAS VEGAS, LLC; <br><br> Defendants. | Case No. : <br><br> Judge <br><br><br> **COMPLAINT & DEMAND FOR** <br> **JURY TRIAL** |

Plaintiff CHRISTINA T., pseudonymously, by and through their attorneys, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and JOEL S. HENGSTLER, ESQ. of THE702FIRM and GEOFFREY C. PARKER ESQ., of HILTON PARKER LLC, states as follows:

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

1

**PARTIES**

1.    Plaintiff CHRISTINA T. ("**Christina**") is a natural person residing in the State of Missouri.

2.    Defendant BELLAGIO LLC ("**Bellagio**") is a Nevada-based limited liability company located in Las Vegas, Nevada which, at all relevant times, owned and operated the Bellagio Hotel and Casino ("the Bellagio") located at 3600 S Las Vegas Boulevard, Las Vegas, Nevada 89109.

3.    Defendant DESERT PALACE, LLC ("**Caesars**) is a Nevada limited liability company with its principal place of business in Clark County, NV. On reference, Desert Palace LLC operated the Caesars Palace Las Vegas casino resort located at 3570 S Las Vegas Boulevard, Las Vegas Nevada, 89109 ("**the Caesars**") at all relevant times.

4.    The following Defendants are collectively referred to hereinafter as the "**Cosmopolitan Defendants**," or simply as "**Cosmopolitan**":

     a.    Defendant NEVADA PROPERTY 1, LLC is a Nevada limited liability company. It owned and operated the casino The Cosmopolitan of Las Vegas ("the Cosmopolitan") located at 3708 S Las Vegas Boulevard, Las Vegas, NV 89109 at all relevant times.

     b.    Defendant DEUTSCHE BANK AG is a German corporation. It was the ultimate parent of NEVADA PROPERTY 1, LLC until Dec. 19, 2014.

     c.    Defendant DEUTSCHE IMOBILIEN AG is a German corporation. It was the direct parent of NEVADA PROPERTY 1, LLC until Dec. 19, 2014.

     d.    Defendant BLACKSTONE REAL ESTATE PARTNERS VII L.P. is a Delaware limited partnership. It has been the direct parent of NEVADA PROPERTY 1, LLC since Dec. 19, 2014.

     e.    On information and belief, the other Cosmopolitan Defendants controlled the conduct—and particularly the employment-related decisions— of NEVADA PROPERTY 1, LLC for their benefit and without regard to corporate formalities, to a degree inconsistent with corporate separateness.

5.     Defendant FLAMINGO LAS VEGAS OPERATING COMPANY LLC ("**Flamingo**") is a Nevada limited liability company with its principal place of business in Nevada. On information and belief, Flamingo Operating has owned and operated the Flamingo Hotel and Casino ("the Flamingo") located at 3555 S Las Vegas Boulevard, Las Vegas Nevada, 89109 since October 11, 2013.

6.     The following Defendants are collectively referred to hereinafter as the "**Hard Rock Defendants**," or simply as "**Hard Rock**":

    a.     Defendant HRHH HOTEL/CASINO, LLC is a Delaware limited liability company that, at all relevant times, owned and operated the Hard Rock Hotel and Casino ("the Hard Rock") located at 4455 Paradise Road, Paradise, Nevada 89169.

    b.     Defendant BREF HRHH, LLC is a Delaware limited liability company that, at all relevant times, was the parent of HRHH HOTEL/CASINO, LLC.

    c.     Defendant BROOKFIELD FINANCE LLC is a Delaware limited liability company that, at all relevant times, was the parent of BREF HRHH, LLC.

    d.     Defendant BROOKFIELD ASSET MANAGEMENT (US), INC. is a Delaware corporation that, at all relevant times, was the parent of BROOKFIELD FINANCE LLC.

    e.     On information and belief, the other Hard Rock Defendants controlled the conduct—and particularly the employment-related decisions— of HRHH HOTEL/CASINO, LLC for their benefit and without regard to corporate formalities, to a degree inconsistent with corporate separateness.

7.     Defendant MANDALAY RESORT GROUP, LLC ("**Mandalay**") is a Nevada limited liability company.  On information and belief, Mandalay operated the Mandalay Bay casino resort ("the Mandalay Bay") located at 3950 S Las Vegas Blvd, Las Vegas, NV 89119, at all relevant times.

8. The following Defendants are collectively referred to hereinafter as the "**MGM Defendants**," or simply as "**MGM**":

    a. Defendant MGM GRAND HOTEL LLC is a Nevada-based limited liability company. MGM Hotel owned and operated the MGM Grand Hotel and Casino (the "MGM Grand") located at 3799 S Las Vegas Blvd, Las Vegas Nevada, 89109 from July 12, 2001 to February 13, 2020.

    b. Defendant MGM GRAND PROPCO LLC is a Delaware-based limited liability company. MGM GRAND PROPCO LLC has owned and operated the MGM Grand located at 3799 S Las Vegas Blvd, Las Vegas Nevada, 89109 since February 13, 2020.

    c. On information and belief, at all relevant times, one or both of the MGM Defendants was the employer of all front desk, security, housekeeping, and other staff working at the MGM Grand.

9. Defendant FP HOLDINGS, L.P. ("**Palms**") is a Nevada limited partnership that, at all relevant times, operated the Palms Casino Resort ("the Palms") located at 4321 W Flamingo Rd, Las Vegas, NV 89103.

10. Defendant VENETIAN GAMING LAS VEGAS, LLC ("**Venetian**") is a Nevada corporation with its principal place of business in Clark County Nevada. Venetian Gaming owned and operated the Venetian Resort Las Vegas ("the Venetian"), located at 3355 S Las Vegas Blvd, Las Vegas, NV 89109, as well as the Palazzo at the Venetian Resort ("the Palazzo"), located at 3325 S Las Vegas Blvd, at all relevant times.

11. Defendant WYNN LAS VEGAS, LLC (**"Wynn"**) is a Nevada limited liability corporation. On reference, WYNN LAS VEGAS, LLC operated the Wynn Las Vegas casino resort ("the Wynn") and the Encore casino resort ("the Encore") co-located at 3131 S Las Vegas Boulevard, Las Vegas Nevada, 89109 at all relevant times.

12. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers at all times relevant to this action.

**INTRODUCTION**

<u>Pimpology</u>

13.    As far as most people are concerned, sex trafficking is something that only happens to sympathetic women.  In popular depictions of sex trafficking, the victim is nearly always a respectable girl from a good home who has been kidnapped off the street—usually in a foreign country—and who has been forced by to sell her body by means of brutal physical violence.

14.    But as Brian Joseph, formerly an investigative reporter at the Las Vegas Review-Journal explains: "This popular image of sex traffickers and the victims of sex trafficking is almost completely wrong . . .  About the only thing Hollywood gets right is the brutal men, and even that is more complicated."[1]

15.    Most victims of sex trafficking aren't cuddly, and many are not obviously victims.  Few trafficking victims cry for help, because few see themselves as needing help.  Most are street savvy and tough as nails.  Many are flaky or personally difficult.  Nearly all have a wealth of past traumas, and it is usually those past traumas that make them vulnerable to exploitation.

16.    The sex traffickers who exploit these women and girls call themselves pimps, but that is a distinction without a difference—the great majority of pimps use threats and physical violence to keep their "stable" of girls hardworking and loyal.[2]

17.    But physical violence is not the pimp's only tool of coercion.  As Ken Ivy, a Milwaukee pimp, explains in his startlingly explicit book *Pimpology: The 48 Laws of the Game*, pimps are also master manipulators, ready to ferret out the weaknesses and pressure points left by a girl's past traumas and use them to create dependence:

> Most hoes have low self-esteem for a reason.  A pimp looks for that weakness, and if it isn't on the surface, he brings that motherfucker out of them. . . .  Weakness is the best trait a person can find in someone they want to control.  You have to tear someone's ego down to nothing before they will start looking to you for salvation.[3]

---

[1] Brian Joseph, Vegas Concierge: Sex Trafficking, Hip Hop, and Corruption in America XII (forthcoming Oct. 1, 2024).

[2] *See* Jody Raphael, Jessica Ashley Reichert & Mark Powers, *Pimp Control and Violence: Domestic Sex Trafficking of Chicago Women and Girls*, 20 Women & Criminal Justice 89, 96 (2010) (finding over 75% of pimp-controlled prostitutes said their pimps physically abused them, and under half said they could leave without physical harm.)

[3] Pimpin' Ken & Karen Hunter, Pimpology: The 48 Laws of the Game 22 (2008) ("Law 5: Prey on the Weak").

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
Las Vegas, Nevada 89147
Phone: (702) 776-3333

18.    Still, even non-violent pimps leverage the ever-present threat of other pimps' violence to coerce women they suspect of being independent sex workers—"renegades," in the language of the Life—into "choosing up" and becoming *their* girls.

19.    In his book, Mr. Ivy—a self-proclaimed non-violent pimp—recalls taking control of a naïve sex worker who made the mistake of speaking to him by telling her: "A solo ho without a pimp will soon be under pimp arrest or worse.  It's in your best interest to choose a pimp.  It's in your best interest to choose Pimpin' Ken."[4]

20.    Once a victim is under a pimp's control, standard practice is to take all or nearly all the money she earns at the end of each night.  Pimps spend some of the money to pay for their victims' needs, but only as and when it suits them, creating total dependence on the pimp.[5]  Other common control techniques include taking away victims' identification documents, withholding food, and threatening to have CPS separate victims from their children if they disobey.

21.    Of course, pimps use carrots as well as sticks.  Extravagant promises of comfortable retirement are nearly universal, as are shorter-term promises of nice clothes, jewelry, and the like.  But follow-through on even the short-term promises is rare, and retirement is all but unheard of.

22.    Still, many victims cling to their pimps' fraudulent promises out of a desperate need for something to hope for when all other happy endings seem closed to them.

23.    No little girl dreams of becoming a prostitute.  Most girls who do become prostitutes are coerced into it, and even those who aren't coerced at first usually suffer coercion later.[6]  Nearly half are still children when they turn their first trick.[7]

24.    For most women living it, the life of a pimp-controlled prostitute is a hellish prison from which escape seems not just impossible, but unthinkable.  Contrary to the popular image, pimp-controlled prostitution is what sex trafficking looks like in America today.

---

[4] PIMPIN' KEN & KAREN HUNTER, PIMPOLOGY: THE 48 LAWS OF THE GAME 79 (2008).

[5] *See* Johnson, Matthew and Dank, Meredith, *The Hustle: Economics of the Underground Commercial Sex Industry*, URBAN INSTITUTE (2014), *available at* https://apps.urban.org/features/theHustle/index.html; *see also* PIMPOLOGY 20 ("Law 4: Keep a Ho in Arrears . . . To master someone completely, they have to depend on you for everything.")

[6] *See* Jody Raphael, Jessica Ashley Reichert & Mark Powers, *Pimp Control and Violence: Domestic Sex Trafficking of Chicago Women and Girls*, 20 WOMEN & CRIMINAL JUSTICE 89, 96 (2010) (coercion increases greatly with time).

[7] Melissa Farley et al., *Prostitution and Trafficking in Nine Countries: An Update on Violence and Posttraumatic Stress Disorder*, JOURNAL OF TRAUMA PRACTICE, Vol. 2, Issue 3-4 at 40 (2004) (42% of prostitutes in the U.S. started as children).

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

25.     Fortunately, federal law recognizes this complex reality.  The Trafficking Victims Protection Reauthorization Act ("TVPRA"), at 18 U.S.C. § 1591, defines a human trafficker as:

> Whoever knowingly . . . recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person . . . knowing, or . . . in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act.

26.     "Coercion," as used in the statute's definition of human trafficking, includes:

> threats of serious harm to or physical restraint against any person; [or] any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm or physical restraint against any person

27.     "Serious harm," as used in the statute's definition of coercion, means:

> Any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing commercial sexual activity in order to avoid incurring that harm.

28.     Reading the TVPRA's criminal provision together with its incorporated definitions, human trafficking means using (or recklessly disregarding the use of) force, fraud, or threats of "any harm" that would be "sufficiently serious, under all the surrounding circumstances, to compel a reasonable person *of the same background and in the same circumstances* . . . to continue performing commercial sexual activity."

29.     The vast majority of American prostitutes—on reference and belief, at least three-quarters—are victims of human trafficking within the meaning of the TVPRA.

30.     Few people other than police, prosecutors, and victim advocates think of the average prostitute as a human trafficking victim, but that failure isn't because most people are ignorant of the relevant facts.  After all, the phrase "pimp slap" didn't enter the lexicon because people think pimps are cuddly and supportive.

31.     Rather, most people fail to see prostitutes as victims because judgmental attitudes toward prostitutes—and dismissive attitudes toward their suffering—are deeply rooted in popular culture.  In other words, most people know prostitutes are usually coerced, they just don't care.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

7

Sex in Sin City

32.    From Prohibition to the present day, Las Vegas has long had a special reputation for catering to visitors' more disreputable tastes in ways no other city will.

33.    By the 1950s, Las Vegas was famous for catering to male vice, especially in the forms of gambling and prostitution. "Sin City," as Vegas would soon be known, cultivated its image as *the* place for men to get away and enjoy themselves, free from the burdens of their families and the judgment of their communities.

34.    Although prostitution has technically been illegal in Clark County since 1931, easy access to commercial sex remained a key part of the city's allure for many male visitors.

35.    This was only possible because Vegas happily tolerated a nominally illegal yet nearly omnipresent commercial sex sector.  As late as the mid-1950s, the Clark County Sheriff still tolerated a brothel operating openly just a few miles off the Strip.  Even after the last openly acknowledged Clark County brothels closed, commercial sex in Vegas remained a matter of police concern only when its consequences spilled over to people not involved in the industry.

36.    Vegas's casinos openly welcomed, played into, and benefitted from Vegas's sexualized image.  For decades, the standard cover motif of *Fabulous Las Vegas*—the City's premier entertainment publication—was a scantily clad woman posing next to a swanky casino.

37.    Worse, Vegas casinos have long benefitted from welcoming a discreet and sanitized segment of the city's extensive sex trade onto their gaming floors and into their guest rooms.

38.    As David Schwartz, Director of the Center for Gaming Research at UNLV puts it when discussing the 1950s, Vegas's casinos created a hierarchy of sex work that, "mirrors in many ways the socioeconomic world of the Strip. For high rollers, the select pit girls were available, much like comped rooms and other luxuries. For less well-connected players, the cocktail lounge prostitutes provided a similar service within the casino resort. Finally, for those who either had little money or whose predilections, violent or otherwise, could not be satisfied by the 'call girls' of the casino, streetwalkers represented the bottom of Las Vegas's prostitution hierarchy."[8]

_____

[8] DAVID SCHWARTZ, SUBURBAN XANADU 61 (2013).

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

8

39.     This system of illegal yet openly tolerated prostitution greatly benefited the casinos because it ensured their male guests could always find the commercial sex that was one of Vegas's main draws, while at the same time it "kept the actual casino operators' involvement with prostitution to a minimum. At the most, casino managers would introduce high rollers to 'clean' prostitutes who would not attempt to rob or blackmail the player."[9]

40.     At the same time, the technical illegality of prostitution meant, "the casino[s] could have a free hand in ejecting 'undesirable' prostitutes from the premises."[10]

41.     Over the subsequent decades, shifting social mores and a push to broaden Vegas's appeal led casinos to demand greater discretion from the sex workers they invite in.

42.     But even today, the hierarchy the casinos pioneered decades ago remains largely intact:   A "clean" prostitute who doesn't make trouble is welcome in any casino on the Strip because they and their employees know cracking down on the trade would put them at a disadvantage versus more "tolerant" competitors.   And casino employees still frequently earn generous kickbacks for connecting guests to sex workers.

43.     More importantly, Vegas casinos continue to actively protect the male sex tourists who flock to their gaming floors and nightclubs.   They do this by enforcing an unwritten rule that the Las Vegas Metropolitan Police Department ("LVMPD") may not arrest "johns" inside casinos.

44.     This is not mere speculation. Public records show that during the seven years from 2011 through 2017, the LVMPD made 998 arrests inside of Strip casinos that led to charges for either soliciting or engaging in prostitution.   Of the 998 arrestees, 28 (2.8%) were males while 970 (97.2%) were females.

45.     Worse, of those 28 males who were arrested, only 5 (0.5% of the total) were johns. The other 23 were themselves prostitutes.   In other words, between the beginning of 2011 and the end of 2017, the LVMPD arrested prostitutes and johns at a 200-to-1 ratio inside Strip casinos.

46.     Such a disparity could not possibly have happened by accident.   Moreover, we know it didn't happen by accident because LVMPD Sgt. Donald Hoier (Ret.) tells us as much.

_____

[9] DAVID SCHWARTZ, SUBURBAN XANADU 61 (2013).
[10] Id.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

9

47. According to Sgt. Hoier—himself the former head of the LVMPD Vice Section's pimp-focused, Pandering Investigations Team—everyone in Vice understands the "unwritten rule" that you do not arrest johns inside of casinos because it's "bad for business."[11]

48. Sgt. Hoier personally disapproved of this unwritten rule and, on one occasion, he arrested a pair of johns and took them to a casino's security office "as he would a prostitute."

49. Afterward, Sgt. Hoier reports that he was confronted by the casino's security director, who threatened to "deny resources for future Vice operations (such as hotel rooms for undercover stings)" if it happened again.[12]

50. The casinos also continue to broadcast obvious hints about the sexual services—and protection from prosecution—available to their guests. Perhaps the best example of this is the world-famous slogan: "What Happens Here, Stays Here" (a/k/a "What Happens in Vegas, Stays in Vegas").

51. Created in 2003 under the aegis of the casino-dominated Las Vegas Convention and Visitors Authority ("LVCVA"), the slogan is intentionally ambiguous. Its creators' stated goal was to remind viewers that Vegas has more to offer than gambling, while leaving the details to their imaginations. But given Vegas's longstanding reputation, everyone involved must have known it would be interpreted by many as a thinly veiled promise to protect sex tourists.

52. Certainly, that's how UNLV sociology professor Barb Brents, who studies Nevada's sex industry, interprets it.[13]

53. So, when Vegas's casinos authorized and funded these ambiguous-yet-risqué ads for over 15 years (through 2018), they knew the promise they were making and understood why the ads worked so well at attracting men.

54. Today, Nevada retains its status as the "symbolic center of the commercial sex industry."[14]

---

[11] BRIAN JOSEPH, VEGAS CONCIERGE: SEX TRAFFICKING, HIP HOP, AND CORRUPTION IN AMERICA 114 (2024).
[12] Id.
[13] See Lopez, Sandy, *Prostitution in Nevada has its advantages, experts say*, LAS VEGAS REVIEW-JOURNAL (July 7, 2016), www.reviewjournal.com/local/local-las-vegas/downtown/prostitution-in-nevada-has-its-advantages-experts-say/.
[14] Heineman, Jennifer et al., *Sex Industry and Sex Workers in Nevada*, SOCIAL HEALTH OF NEVADA, 1 (2012), *available at* digitalscholarship.unlv.edu/social_health_nevada_reports/48.

55.    It is no coincidence that Nevada is also the State with the second-highest rate of human trafficking.[15]  Nor is it a coincidence that the FBI calls Las Vegas one of 13 "High Intensity Child Prostitution Areas."[16]

56.    Because of their long familiarity with the sex trade, the casinos are aware that most of the prostitutes whom they permit their guests to patronize—and permit their employees to assist guests in patronizing—are, in fact, compelled to sell their bodies by force, fraud, or coercion.

57.    But Defendants stand to gain far more than they lose from inviting the sex trade into their properties, so the casinos continue to facilitate human trafficking.  It appears that nothing will change until human trafficking becomes a net-negative for the casinos' bottom lines.

**BACKGROUND**

58.    After being forced to drop out of college in her early twenties for financial reasons, Christina struggled to make ends meet without a degree. Being young, vulnerable, and strapped for cash, Christina believed her first pimp, Kevin[17], when he sold her the promise of getting paid hundreds of dollars for simply having dinner with men.

59.    At Kevin's insistence, she spent her last $80 to travel to Houston, where she learned Kevin's proposed arrangement had been a lie.  Over the next 20 years, Christina was routinely abused, exploited, and trafficked, by Kevin and two other two men.

60.    For much of this time, Christina worked as a dancer in a gentlemen's club and was coerced into sex trafficking in Las Vegas, Nevada.

61.    From 2004 to 2018, she was under the control of a single pimp, Shaun.[18]

62.    Shaun was a well-known Las Vegas pimp. He had even been offered the Pimp of the Year title at the Las Vegas Players Ball, although he declined to accept.

---

[15] *Human Trafficking Statistics by State 2024*, WORLD POPULATION REVIEW (last accessed Jan. 15, 2024), *available at* https://worldpopulationreview.com/state-rankings/human-trafficking-statistics-by-state.

[16] *Non-Cyber Sexual Exploitation of Children*, OFFICE OF THE INSPECTOR GENERAL (Jan. 2009), *available at* https://oig.justice.gov/reports/FBI/a0908/chapter4.htm#122.

17 Kevin is a fictitious name. This person's real name is known. It is not used herein because Plaintiff fears retribution and because naming him as a party would be futile.

[18] Shaun is a fictitious name. This person's real name is known. It is not used herein because Plaintiff fears retribution and because naming him as a party would be futile.

63.     Shaun maintained strict control over Christina with a "do what I say, when I say it" attitude, coercive threats of serious harm, and financial abuse and manipulation.

64.     Shaun had control over the money she made seeing johns and from dancing.

65.     Shaun forced Christina to open credit cards in her name.

66.     He was verbally aggressive and shouted if Christina did not comply with his demands to use her credit cards.

67.     He promised her an early retirement and allegedly invested her money in stocks, but she never saw the money again.

68.     For multiple years, he also promised that he would buy her a house with her earnings by a certain date, but he never followed through.

69.     On one occasion, Shaun struck Christina in the face while he was driving.

70.     On another occasion, he dashed her computer against a wall to stop her crying.

71.     He even forced her to see clients when she was sick.

72.     Shaun also flaunted his partnership with a well-connected gang member and known killer to intimidate Christina.

73.     Christina feared that Shaun would have her and/or her family killed if she reached out for help or told law enforcement that she was being trafficked.

74.     When Christina's family learned she was engaged in sex work, Christina broke down crying. This angered Shaun, who yelled at her to get out there and make money and not worry about her family.

75.     During this period, Christina was frequently forced to meet customers from the gentlemen's club at various hotel casinos around Las Vegas.

76.     It was common for Shaun to force Christina to work up to 23 days in a row, seeing trick after trick and dancing without any nights off.

77.     In February of 2019, Christina began a relationship with Jordan[19], who initially appeared to be understanding of, and sympathetic to, her past.  Not long after, Jordan lost his job,

---

[19] Jordan is a fictitious name. This person's real name is known. It is not used herein because Plaintiff fears retribution and because naming him as a party would be futile.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

12

began selling coke, and became physically abusive and violent toward Christina. She was unemployed and pregnant at the time.

78. Despite his promises of love and marriage, Jordan coerced her into a continued life of commercial sex work and lived off her earnings, using violence to gain compliance.

79. Because she shared a residence with Jordan, she feared for her and her daughter's safety and livelihood.

80. Jordan coerced her into continuing to meet customers from the gentlemen's club at the casino hotels where they were staying for commercial sex.

81. Jordan also forced her to go upstairs to perform oral sex and other acts with men that they met on casino floors and then took all the money she made.

82. Once, on Christmas Eve, Jordan grabbed Christina's arm so hard he left a bruise because she had tried to flush his drugs down the toilet. She was too afraid to call the police for fear of retaliation.

83. He frequently yelled at her. On one occasion, he pushed Christina out onto the balcony and slammed the door. She tried to enter again through the balcony, and he pushed her out and again slammed the door.

84. Eventually, his increasing drug use, financial manipulation, infidelity, and physical abuse in front of their child became too much to bear.

85. In 2022 she finally managed to kick Jordan out of her house.

86. Just within the past year she successfully left the state of Nevada for a fresh start with her child.

87. Nevertheless, the years of trauma she suffered in Defendants' rooms still haunt her, as they will probably continue to do for the rest of her life.

<u>Johns over Justice: Casino Complicity</u>

88. Christina was trafficked all over Las Vegas and was well-known along the strip, both by casino staff and Vice officers. But as long as her clients—the casino hotels' customers—were satisfied, the staff turned a blind eye.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

13

89.     On more than one occasion when she was gambling with a high roller at a high limit table, security staff walked up behind her, assessed the situation, and then walked away because the customer appeared happy. After such occasions, she was sometimes arrested on her way out of the casino.

90.     Upon information and belief, casino hotel security did not want to interfere with their customers and risk losing business—especially at the high limit tables—by removing sex workers like Christina whom they knew were one of their businesses' main draws.

Modus Operandi at Casino Hotels

91.     Christina's modus operandi at each of these casino hotels was substantially the same.  Each time she entered the casinos to meet johns, she would:

    a.     Wait for johns in the valet area to escort her up to the hotel room;

    b.     Leave condom wrappers on the counter or in the trash;

    c.     Leave hotel rooms within an hour or two, usually alone; and

    d.     Walk by security cameras during these exchanges.

92.     Christina's pimps forced her to make money at hotels by engaging in commercial sex and she did so at The Cosmopolitan. She engaged in commercial sex acts there between 10 and 20 times from 2015 to 2021.

93.     Staff at the Cosmo knew Christina well.

94.     Cosmo security asked her to show ID on several occasions without taking action.

95.     Casino dealers at the Cosmo would get mad when Christina was at the tables and receiving money from men.  However, they called security on Christina, let alone attempted to help Christina escape her traffickers, because their only concern was keeping the johns happy.

96.     Christina was also forced to engage in commercial sex acts at the MGM Grand Hotel and Casino. She engaged in commercial sex there once or twice from 2015 to 2018.

97.     Staff at the MGM Grand during 2015 to 2018 were familiar with Christina and her plight from her much more frequent sex work there prior to 2015.

98.     Christina's pimps also forced her to engage in commercial sex acts at Caesars Palace at least 5 times from 2015 to 2020.

99.     Staff at Caesars Palace during 2015 to 2020 were familiar with Christina and her plight from her much more frequent sex work there prior to 2015.

100.     Christina's pimps also forced her to engage in commercial sex acts at the Bellagio. There, she had commercial sex once or twice from 2015 to 2021.

101.     Staff at the Bellagio during 2015 to 2021 were familiar with Christina and her plight from her much more frequent sex work there prior to 2015.

102.     In particular, before 2015, a Bellagio lounge employee named Jason would hook her up with tables and tell her which guests were sex tourists in exchange for a cut of proceeds.

103.     Christina was also trafficked at the Venetian. There, she had commercial sex approximately 3 times from 2015 to 2021.

104.     Staff at the Venetian during 2015 to 2021 were familiar with Christina and her plight from her much more frequent sex work there prior to 2015.

105.     When Christina was first being trafficked at The Venetian, she walked around and stood near the escalator to talk to johns and see if they were looking for sex.

106.     At the Venetian, Christina noticed that if she was with a client at the gambling tables, no one at the casino would bother her.

107.     Christina was also trafficked at the Wynn and the Encore. She had commercial sex with johns there between 6 to 8 times from 2015 to 2021.

108.     Staff at the Wynn and the Encore during 2015 to 2021 were familiar with Christina and her plight from her much more frequent sex work there prior to 2015.

109.     The Wynn was known for high rollers and "big ballers", who Christina was sent to entertain at the night club.

### Defendants' Attitude toward Sex Trafficking

110.     Defendants are loyal heirs to a longstanding tradition of Strip casinos welcoming sex tourism to pad their bottom lines, as described in paragraphs ¶¶ 32–57, *supra*.

111.     Las Vegas Metropolitan Police Department ("LVMPD") arrest records and public-facing guest reviews of Defendants' properties both make clear that Defendants knowingly and intentionally encourage sex tourism inside their properties.

112. We first consider what LVMPD records can tell us.

113. Prostitution is a crime where it very much "takes two to tango." In theory, then, roughly equal numbers of men and women should be arrested for and charged with soliciting or engaging in prostitution.

114. Indeed, when one considers that most prostitutes are coerced into sex work, one might reasonably hope that more men than women would be charged with soliciting or engaging in prostitution.

115. Sadly, the world is rarely fair to sex workers. In reality, the LVMPD arrests considerably more women than men for soliciting or engaging in prostitution.

116. Specifically, during the seven-year period from the beginning of 2011 through the end of 2017, the LVMPD made 1,053 arrests leading to charges for soliciting/engaging in prostitution inside the primary Zip Code for the Las Vegas Strip, namely Zip Code 89109.

117. Of those 1,053 arrests, 998 were made inside of Strip casinos, and 55 were made somewhere other than inside a Strip casino.

118. Of the 55 arrests made outside of casinos, 20 of the arrestees were male, and 35 were female. Thus, **36% of all non-casino arrestees were male, and 64% were female**.

119. A female-to-male arrest ratio of almost 2:1 seems unfair—indeed, *is* unfair—for a crime that almost always involves one perpetrator of each gender. But compared to the gender ratio for in-casino prostitution arrests, a gender ratio of 2:1 seems practically utopian.

120. Of the 998 arrests leading to charges for soliciting/engaging in prostitution made inside Strip casinos from 2011 to 2017, 28 of the arrestees were male, and 970 were female. Thus, **2.8% of all in-casino arrestees were male, whereas 97.2% were female**.

121. In other words, during the period when Christina was trafficked in Defendants' properties, men who solicited prostitutes inside Strip casinos were over ten times less likely to face prosecution than men who solicited prostitutes on the Strip outside of a casino.

122. This did not happen—and could not have happened—by accident. Instead, it is almost certainly the result of two factors, both of which are fully under the control of the casinos themselves:

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

16

a.  Although casinos regularly report undesirable sex workers and trafficking victims to the LVMPD and assist in their arrests, the same casinos never—or at least very, very rarely—do the same for the many male guests whom they witness soliciting commercial sex; and

b.  Casinos discourage the LVMPD officers from arresting male guests on their own initiative using persuasion, cajolery, and threats (whether explicitly or implicitly) to withhold cooperation with LVMPD stings.

123.  In this way, Las Vegas casinos intentionally create an environment where the legal penalties for sex tourism apply exclusively, or almost exclusively, to the women victimized by it.

124.  They do this for the same reason they created "What happens here, stays here"—because they understand that the prospect of consequence-free sex tourism is one of Las Vegas's major draws, particularly for the casinos' prime demographic of older, wealthier men.

125.  This is not merely an inference based on public records. According to Sgt. Donald Hoier (Ret.), who was the head of the LVMPD Vice division's Pandering Investigations Team during the time Christina was trafficked, it was common knowledge among Vice officers that johns were not to be arrested on casino property.

126.  Moreover, according to Sgt. Hoier, on the one occasion that he arrested johns inside of a casino, he was told by the casino's head of security that if he did so again, the casino would withhold cooperation with future Vice efforts.

127.  The Cosmopolitan, MGM Grand, Flamingo, Caesars Palace, Bellagio, Venetian, Wynn, and Encore are located within Zip Code 89109 such that it's covered by the same data described above.

128.  Between 2011 and 2017, there were 61 arrests for soliciting/engaging in prostitution at Caesars Palace.

129.  **Of these, 97% of arrestees at Caesar's Palace were female.**

130.  In other words, during the time when Christina was trafficked inside their properties, Caesars Palace provided even more protection from prosecution to their sex tourist guests than did the average Strip casino.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

17

131. We now turn to the story told by public-facing guest reviews of Caesars Palace properties found on Tripadvisor.

132. Relevant reviews of Caesars Palace include:

a. One guest awarded 5 out of 5 stars, stating, "The ONLY Downside to this trip is well. . . the hookers and their pimps at 3 a.m. . . Soooooo disappointed in what we saw, a woman clearly staggering out after being lets just say 'used' dressed to the nines, her 'pimp' dressed to the nines holding her on her hard walk to the rest of her life, mascara running. . . it was so sad and made me feel not in love with vegas AT all. . . i had to refrain from asking her if she needed help. . . shook me to the core."

b. Another guest awarded 4 out of 5 stars, stating, "Way too many hookers in the casino bars. Wondering if the bartenders get some sort of kick back from them."

c. Another guest awarded 3 out of 5 stars, stating, "Hookers and their pimps were all over the casino and the hotel. It was disgusting to see and our family felt unsafe."

d. Another guest awarded 1 out of 5 stars, stating, "Last, I have to say the amount of prostitution in this hotel is out of control. Every time I headed for my elevator I had at least one following me offering a 'massage'. We would walk right past security personnel an they would just smirk. We're talking streetwalker-class prostitutes- no the high-end type that you always see on the arms of old men."

e. Another guest awarded 4 out of 5 stars, stating, "The worst thing, to me, was the prostitutes. They were everywhere, especially at the Lobby Bar. My brother and I counted at least seven one evening. They are not difficult to spot as they ply their trade. Astoundingly, the hotel did not run any of them out. . ."

133. All of the Caesars Palace reviews quoted above were left before Christina's trafficking ended in 2021.

134. Between 2011 and 2017, there were 83 arrests for soliciting/engaging in prostitution at the Palazzo/the Venetian.

135. Of these, **100% of arrestees at the Palazzo/the Venetian were female**.

136. Among covered casinos with at least 20 arrests during the period, the Palazzo/the Venetian were the **only** casinos where no males were arrested for soliciting/engaging in prostitution.

137. In other words, during the time when Christina was trafficked, the Venetian provided even more protection from prosecution for sex tourists than did the average Strip casino.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

18

138. We now turn to the story told by public-facing guest reviews of Defendants' properties found on Tripadvisor.

139. Guests have long reported that the Venetian's properties are rife with sex work:

    a.    On April 10, 2012, a guest gave the Venetian 5 stars, saying "[t]he only draw back to my stay was seeing hookers coming up the elevator with us…but I guess what they say is true…What happens in Vegas STAYS in Vegas!"

    b.    On February 10, 2013, a guest gave the Venetian 4 stars, complaining that "when walking back to our suites after enjoying late-night dinner and drinks it was almost impossible not to get propositioned by hookers."

    c.    On September 17, 2015, a guest gave the Venetian 3 stars because "[t]his place is infested with prostitutes from late at night to early in the morning. They're in the casino among the slots and the bar. They're in the parking garage with their drivers. They're on the sidewalk and plaza. Everywhere."

140. Moreover, guests have reported that the Venetian's employees tolerate open and obvious solicitation for sex work, both in the form of male guests trying to purchase sex and in the form of sex workers trying to sell it:

    a.    On November 15, 2004, a guest gave the Venetian 5 stars but complained that "I found the blatant number of prostitutes hanging out every night in the main bar in the casino to be very disappointing. This really lets down the hotel and why they let it go on, is beyond me. It's simply uncomfortable to sit at the casino bar on your own for any length of time as you will get approached."

    b.    On July 4, 2005, a guest gave the Venetian 2 stars, complaining that "the floor is literally riddled with prostitutes" and that "the bartenders at the central bar on the floor (the circular bar) seemed to be in on the action."

    c.    On January 2, 2012, a female guest gave the Venetian 2 stars, saying "If you look too nice, you will be mistaken for a hooker. Guys think its acceptable to approach ladies and whisper 'cash' in their ear. This happened 3 times. . . . Its never happened anywhere else and I travel frequently. I complained to a restaurant hostess and she said it was unacceptable and to ignore them. . . . the hotel should discourage male guests solicit prostitution from female patrons."

    d.    On May 11, 2012, a guest gave the Venetian 4 stars, having deducted a star because "[m]y husband has been propositioned by prostitutes the last 2 times we have stayed at the Venetian . . . these pros were very easy to spot and kept going up man to man throughout the casino. I wish security would address this issue. It is quite obvious."

    e.    On April 23, 2014, a guest gave the Venetian 4 stars, saying, "[t]his is a 5 star resort and prostitutes were plentiful at the casino. Security seemed to tolerate them. I was accosted to many times to count while sitting at the slot machines. I'm open minded, but it was excessive."

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

f.  On October 9, 2015, a guest gave the Venetian 4 stars in a review entitled "Beautiful rooms but too many prostitutes." He explained that he disliked "not being able to go down to the coffee shops in the morning without being solicited by prostitutes several times . . . It also surprised me with how friendly the staff were with the prostitutes, which let me know that the hotel knew they were there."

g.  On June 30, 2022, a guest gave the Venetian 1 star in a review entitled "Prostitutes Everywhere and welcome by staff." The reviewer explained, "Beware!!!! This casino is a HUGE hotspot for prostitution. . . . They are throwing themselves at any men and the casino staff is watching it all go down—I'm talking SECURITY, bar tenders, floor MANAGERS, waitresses and cashiers. The prostitutes are so COMFORTABLE there and NONE of the staff ask them to leave. At one point I had to escort my husband to the bathroom so these prostitutes wouldn't approach him.

One of the prostitutes standing at the bathroom had her full breast exposed and hanging out of her blouse." The guest explained that she even told a cashier, "There are so many prostitutes here and its disgusting," but the cashier just said "oh yea, I know." And when the guest approached security and pointed the prostitutes out, "the security guard just shook her head and went back to pacing the aisles with the other security guards watching it all go down."

141.  Indeed, the Venetian employees even apparently helped advertise and facilitate commercial sex:

a.  On October 16, 2011, a guest gave the Venetian 4 stars, complaining that when they arrived in their freshly cleaned room, "there were business cards for prostitutes stuck in the mirror."

b.  On September 14, 2015, a guest gave the Venetian 5 stars, saying "While I was walking through the hotel . . . I received as many as 5-7 prostitutes hitting on me. So as a joke when went up to the room we called the front desk and asked if they could send up some hookers. They were more than happy to help us. We said no thank you and hung up laughing." The Venetian's Hotel Manager – Guest Relations responded to this review with an apology for the unwanted propositions, but he neither apologized for nor attempted to investigate the front desk personnel who offered to "send up some hookers."

142.  And if the Venetian listens to its customers, it can hardly deny knowing that the presence of commercial sex workers attracts certain customers. For instance:

a.  On March 10, 2022, a guest gave the Venetian 4 stars, saying, "I noticed many prostitutes hanging out in the Venetian slot machine area late at night. Depending on who you are, that may be a desirable thing (or not) but . . . it is Sin City after all." Interestingly, someone from the Venetian's Guest Relations responded, "I am so glad to learn of your memorable experience. We pride ourselves on the exceptional service and amenities we deliver to our guests, and it sounds like we succeeded!"

143. Between 2011 and 2017, there were 53 arrests for soliciting/engaging in prostitution at the Wynn.

144. **Of these, 96% of arrestees at the Wynn were female.**

145. In other words, during the time when Christina was trafficked inside their properties, the Wynn provided even more protection from prosecution to their male guests than did the average Strip casino.

146. We now turn to the story told by public-facing guest reviews of Wynn's properties found on Tripadvisor.

147. Relevant reviews of the Wynn include:

a. One guest awarded 1 out of 5 stars, stating, "There were prostitutes all around in the casino and on the hotel room floors????? Security is terrible. Since they allow this to happen the security must be in on the prostitutes profit. Complained to night manager at hotel and he was not helpful nor did he care."

b. One guest awarded 3 out of 5 stars, stating, "we found in the elevator lobbies, drunk people, prostitutes bargaining with customers and so on."

c. Another guest awarded 5 out of 5 stars in a review titled "Wynn Win Situation," in which she described the casino as "crawling with hookers" and complained that when she complained to security about her husband being propositioned, security "just laughed it off." She concluded, "I know this is something that maybe lots of men look for so it's just another service provided but there should be another way of doing it that's not so obvious or crude."

d. Another guest awarded 4 out of 5 stars in a review titled "Hookers Welcome Here," where they complained of "hookers fighting in the halls."

e. Another guest awarded 2 out of 5 stars and said, "the strip is now loaded with prostitutes day in and day out. I am not a prude, but come on Wynn, get them out of the casino!!!" She continued, "in the morning security guards were questioning 'hookers' who had just finished servicing some clients . . . Why don't they stop them from going up the elevators before they service their clients or get them to turn over their clients names…...then band [sic] them from the hotel."

f. Another guest awarded 3 out of 5 stars and said, "I must share that you can easily identify the 'escorts' after nightfall, but we had fun picking them out of the crowd."

148. All of the Wynn reviews quoted above were left before Christina's trafficking ended in 2021.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

21

149. Between 2011 and 2017, there were 95 arrests for soliciting/engaging in prostitution at the Bellagio.

150. **Of these, 97% of arrestees at the Bellagio were female.**

151. In other words, during the time when Christina was trafficked inside their properties, the Bellagio provided even more protection from prosecution to their male guests than did the average Strip casino.

152. We now turn to the story told by public-facing guest reviews of Bellagio's properties found on Tripadvisor.

153. Relevant reviews of the Bellagio include:

    a. In 2021 one guest awarded 3 out of 5 stars, stating, "I was approached by numerous hookers and prostitutes why gambling or enjoying a cocktail at the bar. SO DISGUSTING you allow these shady sorts in a "5-star" hotel. They are everywhere and it make me feel so uncomfortable. GET RIDE OF THEM!!! The casino and bar staff do nothing to get them away from us guests." An account affiliated with the Bellagio responded to this comment, apologizing for the negative experience.

154. Between 2011 and 2017, there were 61 arrests for soliciting/engaging in prostitution at the Flamingo.

155. **Of these, 98% of arrestees at the Flamingo were female.**

156. In other words, during the time when Christina was trafficked inside their properties, the Flamingo provided even more protection from prosecution to their male guests than did the average Strip casino.

157. We now turn to the story told by public-facing guest reviews of Flamingo's properties found on Tripadvisor.

158. Relevant reviews of the Flamingo include:

    a. One guest awarded 1 out of 5 stars in a review titled "Hotel From Hell," in which he described that "Prostitution is rampant and obvious even in front of security."

    b. Another guest awarded 3 out of 5 stars in a review titled "The good, the bad and the hookers!" in which he said "The hookers approached me twice right out of the elevator. Security was not around or didn't care to stop them."

    c. Another guest awarded 2 out of 5 stars and said, "Do not walk the casino late night or early morning. Hookers will solicit you. Very aggressive."

d.  Another guest awarded 1 out of 5 stars and said, "Hookers live here for weeks at a time and sell their services from their room."

e.  Another guest awarded 2 out of 5 stars and said, "I went to the casino and it was like a hooker convention. Everytime I sat down a nasty gross woman wanted me to buy her a drink and take her back to my room NO THANKS!!! I will never stay here again. Staff doesn't care, and the pool is like a huge frat party."

f.  Another guest awarded 3 out of 5 stars and said, "Casino was clean and busy, but after 10pm the hookers stroll through. Security looked the other way. And that's what I thought they were there to prevent."

159.  All of the Flamingo reviews quoted above were left before Christina's trafficking ended in 2021.

160.  Between 2011 and 2017, there were 76 arrests for soliciting/engaging in prostitution at the Cosmopolitan.

161.  **Of these, 99% of arrestees at the Cosmopolitan were female.**

162.  In other words, during the time when Christina was trafficked inside their properties, the Cosmopolitan provided even more protection from prosecution to their male guests than did the average Strip casino.

163.  We now turn to the story told by public-facing guest reviews of Cosmopolitan's properties found on Tripadvisor.

164.  Relevant reviews of the Cosmopolitan include:

a.  One guest awarded 2 out of 5 stars, stating, "so unless you re prepared to party all night, be treated like S and surrounded by hookers – don't go here."

b.  Another guest awarded 2 out of 5 stars, stating, "Prostitutes throughout hotel, sleezy images prevalent – not family friendly".

165.  The Cosmopolitan reviews quoted above were left before Christina's trafficking ended in 2021.

166.  Between 2011 and 2017, there were 137 arrests for soliciting/engaging in prostitution at the MGM Grand.

167.  **Of these, 96% of arrestees at the MGM Grand were female.**

168.  In other words, during the time when Christina was trafficked, the MGM Grand provided even more protection from prosecution to their sex tourist guests than did the average Strip casino.

169. We now turn to the story told by public-facing guest reviews of MGM Grand's properties found on Tripadvisor.  Relevant reviews of the MGM Grand include:

    a.    One guest awarded 1 out of 5 stars in a review titled "Lot's of Prostitutes in the Casino!," in which he stated that "I am a family Guy that just celebrated our 36th anniversary. We were looking for the family experience. Not dirty HOOKER'S! I gave a HOOKER'S business card that solicited me to security and ask to speak with a supervisor. None were available and they did no follow up!"

    b.    Another guest awarded 1 out of 5 stars, stating, "We were greeted at dinner with hookers looking for business and their pimp just chilling out in the food court watching as they talked to the MGM's guests."

    c.    Another guest awarded 3 out of 5 stars, stating, "also the amount of hookers around the casino floor was obscene! My young looking 15yr old boy came back to the room with a number of calling cards!!!."

    d.    Another guest awarded 2 out of 5 stars, stating, "Late nights the casino is filled with hookers and drug dealers approaching potential customers, hotel security seems not concerned."

170. All of the MGM Grand reviews quoted above were left before Christina's trafficking ended in 2021.

171. Between 2011 and 2017, there were 16 arrests for soliciting/engaging in prostitution at The Palms.

172. **Of these, 94% of arrestees at the Palms were female.**

173. In other words, during the time when Christina was trafficked inside their properties, the Palms provided a similar level of protection to its male sex-tourist guests as compared to the average Strip casino.

174. We now turn to the story told by public-facing guest reviews of the Palms' properties found on Tripadvisor.  Relevant reviews of the Palms include:

    a.    In 2016 one guest awarded 1 out of 5 stars in a review titled "Do yourself a favor and DO NOT stay here!," in which she stated, "Seimen stains on comforter. Housekeeping had to get 3 sets of sheets/comforters because she found seimen stains on all sets, Overheard front desk (Mathew) checking in "guest" where she openly discussed being a prostitute - he upgraded her and gave her at least 20 pool passes for the pool parties."

175. Additionally, public reporting shows that in 2013 the Nevada Gaming Commission fined the Palms $1 million after nightclub employees offered drugs and prostitutes to undercover officers.

176. The Hard Rock and the Mandalay are both located outside of Zip Code 89109 for which Plaintiff currently has statistics available. Upon information and belief, their arrest statistics would closely mirror the data for the other casinos laid out above.

177. We now turn to the story by public-facing guest reviews of the Mandalay's properties found on Tripadvisor and Yelp. Relevant reviews of the Mandalay include:

    a. One guest awarded 1 out of 5 stars, stating "there's hookers standing pm the elevator side of the building, waiting for customers to come down to escort them back up. One black girl looked 16, dressed in panties, boots and an African Dashiki shirt. It was so blatant."

    b. Another guest awarded 1 out of 5 stars in a review titled "A place to enjoy prostitutes" in which he explained that "Prostitution is everywhere… Mandalay Bay security were near by but did nothing, in fact 3 security officers were flirting with the prostitutes". A manager at Mandalay Bay responded and recognized the concerns raised by the review.

    c. Another guest awarded 2 out of 5 stars, saying "we noticed a lot of prostitution/drugs on our floor, alerted the housekeeper to tell security, and nothing happened." A manager at the Mandalay replied with an apology.

    d. Another guest awarded 2 out of 5 stars and claimed that upon their arrival, "there were hookers and pimps hanging out on the south end of the property by the convention area. They were very obvious about what they were doing."

    e. Another guest awarded 1 out of 5 stays, lamenting that "prostitution is everywhere, and the hotel staff could really care less." A manager at the Mandalay responded to the review and thanked them for their feedback.

178. All of the Mandalay reviews quoted above were left before Christina's trafficking ended in 2021.

179. Even after Christina's trafficking ended, the situation has not improved. In February 2024, a guest awarded 1 out 5 stars in a review titled "Mandalay Bay House of Prostitution" and claimed it was a "Top Place for Pimps and Prostitutes." An account associated with the Mandalay Bay responded with an apology for the negative experience.

180. Due to the Hardrock Hotel and Casino's closure, there are no available reviews on Tripadvisor.

Defendants' Surveillance

181. At all relevant times, NEVADA PROPERTY 1, LLC; DEUTSCHE BANK AG; DEUTSCHE IMOBILIEN AG; MANDALAY RESORT GROUP LLC; MGM GRAND HOTEL LLC; MGM GRAND PROPCO LLC; FP HOLDINGS, L.P.; HRHH HOTEL/CASINO, LLC; HRHH PROPCO LLC; FLAMINGO LAS VEGAS PROPCO LLC; FLAMINGO LAS VEGAS OPERATING COMPANY LLC; DESERT PALACE, LLC; BELLAGIO LLC; VENETIAN GAMING LAS VEGAS, LLC; WYNN LAS VEGAS, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS LIMITED dba ENCORE WYNN used sophisticated facial recognition software, with which they monitored their properties' omnipresent security cameras, particularly at casino entrances.

182. Las Vegas casinos, including those of Defendants, have long been at the cutting edge of surveillance technology. As one scholar has explained, "With increased competition comes the technocratic race to modernize facilities, generate revenue, and minimize losses. Thus, it was only a matter of time before casinos employed some of the most elaborate surveillance and security systems in the world."[20]

183. One major purpose of Defendants' facial recognition software was to assist their security staff in turning away persons whom Defendants considered undesirable.

184. It did this by flagging such persons wherever they were spotted in the casinos and alerting security personnel.

185. One major use of this surveillance system and its facial recognition software, from the perspective of Defendants, was (and still is) to single out and exclude unruly, unattractive, or otherwise undesirable prostitutes while still allowing those their security staff deems sufficiently demure and attractive to ply their trade on the casinos' gaming floors.

186. By doing so, Defendants knowingly and intentionally create a glamorous atmosphere and a curated commercial sex tourism experience to attract high rollers.

---

20 Gabel, Jessica, *CSI Las Vegas:  Privacy, Policing, and Profiteering in Casino Structured Intelligence*, UNLV GAMING LAW JOURNAL, Vol. 3:39, at 40 (2012).

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

187.    Defendants' efforts to attract high rollers using commercial sex were (and remain) largely successful, resulting in greatly increased gambling, room rental, shopping, and food and drink revenues for Defendants.

188.    On information and belief, Defendants' facial recognition software was able to (and did) recognize and flag Christina as a suspiciously frequent visitor to each casino.

189.    On information and belief, Defendants' security employees ignored the flag on Christina because they understood Defendants' policy that only undesirable or disruptive sex workers should be singled out, turned away, or ejected.

190.    On information and belief, security personnel at each casino became aware on multiple occasions that Christina was visiting (or had just visited) their casino for the purpose of engaging in commercial sex.

191.    Additionally, because Defendants' security employees were perforce more familiar with the sex industry than an average member of the public, they would have been aware that many, or even most, prostitutes are underage or are victims of coercion.

192.    Thus, on information and belief, the employees knew Christina was trafficked.

193.    Nevertheless, the employees turned a blind eye to Christina's plight because to do otherwise would have inconvenienced the employees and potentially upset her clients (and the casinos' guests) who often came to Las Vegas for its reputation for tolerating commercial sex.

194.    On information and belief, this willful blindness was intentionally fostered by Defendants in order to please their clientele and to pad their bottom lines.

195.    Additionally, this willful blindness was likely encouraged by Defendants' desire to draw a sharp line between acceptable "consensual prostitution" and human trafficking in a way that places nearly all prostitutes on the "consensual" side of the line.

196.    On information and belief, to the extent that Defendants gave their employees any training on recognizing human trafficking, training strongly emphasized the idea that most prostitution is consensual, and thus that employees should only take action (or report to their superiors) if they witnessed clear direct evidence of severe physical abuse.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

## COUNT I: 18 U.S.C § 1595 ("TVPRA")

197.    Plaintiff incorporates herein each foregoing and subsequent allegation.

198.    Plaintiff is a victim of sex trafficking within the meaning of 18 U.S.C § 1591(a) and is entitled to bring a civil action under 18 U.S.C. § 1595.

199.    Through their acts and omissions described above, Defendants are "perpetrator[s]" of Plaintiff's sex trafficking within the meaning of 18 U.S.C. § 1591 (a)(1) and (a)(2), and they are thus subject to direct liability under 18 U.S.C. § 1595.

200.    For example, all Defendants knowingly "harbored" Christina and their sex tourist guests while they engaged in commercial sex, and they did so in "reckless disregard" of the fact that coercion was used to induce Christina to participate.

201.    Through their acts and omissions described above, Defendants also knowingly benefitted, including financially, from participation in a venture which they knew or should have known constituted sex trafficking under 18 U.S.C. § 1591, and they are thus subject to direct liability under 18 U.S.C.§ 1595.

202.    Plaintiff has suffered substantial physical and psychological injuries as the result of being trafficked and sexually exploited within the Defendants' properties, and she is therefore entitled to damages for the same under 18 U.S.C. § 1595.

## COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

203.    Plaintiff incorporates herein each foregoing and subsequent allegation.

204.    Defendants' intentional acts alleged above were so extreme and outrageous as to go beyond all possible bounds of decency.

205.    Through those acts Defendants intentionally or recklessly inflicted severe emotional distress upon Plaintiff, and she is therefore entitled to damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

a.    Awarding Plaintiff all available compensatory damages for the cause of action, including but not limited to past and future medical expenses; past and future lost wages and loss of earning capacity; past and future emotional distress;

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

consequential and/or special damages; and all available noneconomic damages, including but not limited to pain, suffering, loss of consortium, and loss of enjoyment of life;

b. Disgorgement of profits and/or restitution;

c. Punitive damages, attorneys' fees, and expenses;

d. The costs of this action;

e. Pre- and post-judgment interest; and

f. Any other relief the Court or jury deems appropriate.

DATED this 19th day of December, 2024.

THE702FIRM
/S/ MICHAEL KANE

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada  89147

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
HILTON PARKER LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

29

**DEMAND FOR JURY TRIAL**

Plaintiff CHRISTINA T., by and through her attorneys of record, hereby demands a jury trial of all issues in the above matter.

DATED this 19th day of December, 2024.

THE702FIRM
/S/ MICHAEL KANE

_____
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada 89147

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
HILTON PARKER LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

30