Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email:  pbyrne@swlaw.com
           ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email:  bbiesenthal@jonesday.com
           amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email:  nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>      Plaintiff,<br><br>  v.<br><br>BELLAGIO LLC; DESERT PALACE, LLC; NEVADA PROPERTY 1, LLC; DEUTSCHE BANK AG; DEUTSCHE IMOBILIEN AG; BLACKSTONE REAL ESTATE PARTNERS VII L.P.; FLAMINGO LAS VEGAS OPERATING COMPANY LLC; HRHH HOTEL/CASINO, LLC; BREF HRHH LLC; BROOKFIELD FINANCE LLC BROOKFIELD ASSET MANAGEMENT (US), INC; MANDALAY BAY RESORT GROUP LLC; MGM GRAND HOTEL LLC; MGM GRAND PROPCO LLC; FP HOLDINGS, L.P.; VENETIAN | Case No.   2:25-cv-00145-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

-1-

GAMING LAS VEGAS, LLC; and WYNN LAS VEGAS, LLC;

        Defendants.

        Plaintiff Christina T. and Defendants Bellagio LLC; Desert Palace, LLC; Nevada Property 1, LLC; Deutsche Bank AG; Blackstone Real Estate Partners VII L.P.; Flamingo Las Vegas Operating Company LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; FP Holdings, L.P.; Venetian Las Vegas Gaming, LLC;[1] and Wynn Las Vegas, LLC (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

    1.    On December 20, 2024, C.T. filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada, (ECF No. 1-1) (the "Complaint").

    2.    Plaintiff served the Complaint on Defendants Wynn Las Vegas, LLC, Bellagio LLC, Desert Palace, LLC, Flamingo Las Vegas Operating Company LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, MGM Grand Propco LLC, FP Holdings, L.P., and Venetian Las Vegas Gaming, LLC on January 2, 2025.

    3.    Plaintiff served the Complaint on Defendant Deutsche Bank AG on January 3, 2025.

    4.    Plaintiff served the Complaint on Defendant Blackstone Real Estate Partners VII L.P. on January 6, 2025.

    5.    On January 23, 2025, Wynn Las Vegas, LLC timely removed the case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

    6.    Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline to respond to Plaintiff's Complaint is the later of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after notice of removal is filed. As such, the current deadline for Defendants to respond to the Complaint is January 30, 2025.

---

[1] Plaintiff appears to have transposed the name of Venetian Las Vegas Gaming, LLC as Venetian Gaming Las Vegas, LLC, which is a non-existent entity.

7. The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for all currently served Defendants to file their response to the Complaint for an additional twenty-one (21) days, making their deadline to respond February 20, 2025.

8. This extension is necessary to provide counsel for Defendants sufficient time to review and respond to the allegations made by Plaintiff in her Complaint.

9. This is the first stipulation for an extension of the time for Defendants to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: January 28, 2025                                    Respectfully submitted,

/s/ Geoffrey C. Parker
Geoffrey C. Parker, Esq.
Nevada Bar No. 16952
Jonathan L. Hilton, Esq.
Nevada Bar No. 16889
HILTON PARKER LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
Email: gparker@hiltonparker.com

Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Joel S. Hengstler, Esq.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, NV 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
Email: mike@the702firm.com
          brad@the702firm.com

*Counsel for Plaintiff Christina T.*

/s/ Allison L. McQueen
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
          ddavis@swlaw.com

Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
Allison L. McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
          amcqueen@jonesday.com

Nicole M. Perry, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939

|  |  |
|---|---|
|  | Facsimile: (832) 239-3600<br>Email: nmperry@jonesday.com<br><br>*Counsel for Defendant Wynn Las Vegas, LLC* |
| /s/ Robert A. Ryan<br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>KNIGHT & RYAN PLLC<br>8880 W. Sunset Rd., Suite 130<br>Las Vegas, NV 89148<br>Telephone: (702) 462-6083<br>Facsimile: (702) 462-6048<br>Email: robert@knightryan.com<br><br>*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC* | /s/ Kristin T. Gallagher<br>Kristen T. Gallagher, Esq.<br>Nevada Bar No. 9561<br>MCDONALD CARANO LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>Email: kgallagher@mcdonaldcarano.com<br><br>Ann H. MacDonald, Esq. (*Pro Hac Vice Forthcoming*)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5548<br>Facsimile: (312) 258-5600<br>Email: ann.macdonald@afslaw.com<br><br>Elise Yu, Esq. (*Pro Hac Vice Forthcoming*)<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1556<br>Facsimile: (734) 222-1501<br>Email: elise.yu@afslaw.com<br><br>*Counsel for Defendants Desert Palace LLC and Flamingo Las Vegas Operating Company LLC* |
| /s/ Daniel R. McNutt<br>Daniel R. McNutt, Esq.<br>Nevada Bar No. 7815<br>Matthew C. Wolf, Esq.<br>Nevada Bar No. 10801<br>MCNUTT LAW FIRM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>Telephone: (702) 384-1170<br>Facsimile: (702) 385-5529<br>Email: drm@mcnuttlawfirm.com<br>           mcw@mcnuttlawfirm.com<br><br>David B. Hennes, Esq. (*Pro Hac Vice Forthcoming*) | /s/ Nathanael R. Rulis<br>Nathanael R. Rulis, Esq.<br>Nevada Bar No. 11259<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, NV 89169<br>Telephone: (702) 385-6000<br>Facsimile: (702) 385-6001<br>Email: n.rulis@kempjones.com<br><br>David Sager, Esq. (*Pro Hac Vice Forthcoming*)<br>DLA PIPER LLP (US)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078 |

| | |
|---|---|
| Lisa H. Bebchick, Esq. (*Pro Hac Vice Forthcoming*)<br>Andrew Todres, Esq. (*Pro Hac Vice Forthcoming*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 596-9000<br>Facsimile:  (212) 596-9090<br>Email:  david.hennes@ropesgray.com<br>            lisa.bebchick@ropesgray.com<br>            andrew.todres@ropesgray.com<br><br>*Counsel for Defendant Deutsche Bank AG* | Telephone:  (973) 520-2570<br>Facsimile:  (973) 520-2551<br>Email:  david.sager@dlapiper.com<br>Kyle T. Orne, Esq. (*Pro Hac Vice Forthcoming*)<br>DLA PIPER LLP (US)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>Telephone:  (480) 606-5172<br>Facsimile:  (480) 606-5527<br>Email:  kyle.orne@dlapiper.com<br><br>*Counsel for Defendant Venetian Las Vegas Gaming, LLC* |
| /s/ *Justin W. Smerber*<br>Justin W. Smerber, Esq.<br>Nevada Bar No. 10761<br>BRANDON SMERBER LAW FIRM<br>139 E. Warm Springs Rd.<br>Las Vegas, NV 89119<br>Telephone:  (702) 380-0007<br>Facsimile:  (702) 380-2964<br>Email:  j.smerber@bsnv.law<br><br>*Counsel for Defendant FP Holdings, L.P.* | /s/ *Rory A. Leraris*<br>Rory A. Leraris, Esq. (*Pro Hac Vice Forthcoming*)<br>Corey M. Meyer, Esq. (*Pro Hac Vice Forthcoming*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:  (212) 450-4000<br>Email:  rory.leraris@davispolk.com<br>            corey.meyer@davispolk.com<br><br>*Counsel for Defendant Blackstone Real Estate Partners VII L.P.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1/29/2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                                                */s/ Allison L. McQueen*
                                                                Allison L. McQueen, Esq.

                                                               Attorney for Defendant
                                                               *Wynn Las Vegas, LLC*