MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*    service@the702firm.com

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*    gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>　　　Plaintiff,<br>vs.<br><br>BELLAGIO LLC, et al.,<br><br>　　　Defendants. | Case No. : 2:25-cv-145<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE PERTAINING TO DEFENDANTS' PENDING MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Flamingo Las Vegas Operating Company LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; FP Holdings, L.P.; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

　　　1.　　On January 28, 2025, the Parties stipulated to extend Defendants' time to answer or otherwise respond to Plaintiff's complaint by 21 days to February 20, 2025. (ECF No. 9.)

　　　2.　　On January 29, 2025, the Court granted the stipulated extension. (ECF No. 11.)

3. On February 20, 2025, Defendants filed a total of five motions to dismiss Plaintiff's Complaint. (ECF Nos. 21, 23, 28, 30 & 31.)

4. Pursuant to LR 7-2(b), Plaintiff's responses to Defendants' motions to dismiss are due on March 6, 2025.

5. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to respond to Defendants' pending motions to dismiss by fourteen (14) days, making her deadline to respond March 20, 2025.

6. The Parties further agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to file their replies in support of their motions to dismiss (if any) by fourteen (14) days, placing each Defendant's reply deadline twenty-one (21) days after the filing of Plaintiff's relevant response (i.e. April 10, 2025 if Plaintiff responds on March 20, 2025).

7. This extension is necessary to provide the Parties' counsel sufficient time to review and respond to the arguments made in, and in relation to, the pending motions to dismiss.

8. This is the first stipulation for an extension of the time for Plaintiff to respond to Defendants' motions to dismiss, and it is also the first stipulation for an extension of the time for Defendants to reply in support of the same.

IT IS SO STIPULATED.

DATED this 25th day of February, 2025.

| | |
|---|---|
| /s/ Geoffrey C. Parker<br>GEOFFREY C. PARKER, ESQ.<br>Nevada Bar. No. 16952<br>HILTON PARKER LLC<br>Ohio Bar No. 0095742<br>7658 Slate Ridge Boulevard<br>Reynoldsburg, Ohio 43068<br>MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>JOEL S. HENGSTLER, ESQ.<br>Nevada Bar No. 11597<br>THE702FIRM INJURY ATTORNEYS<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br><br>*Counsel for Plaintiff Christina T.* | Respectfully submitted,<br><br>/s/ Allison L. McQueen<br>Patrick G. Byrne, Esq.<br>Nevada Bar No. 7636<br>Dawn Davis, Esq.<br>Nevada Bar No. 13329<br>SNELL & WILMER<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135<br>Telephone: (702) 784-5275<br>Facsimile: (702) 784-5252<br>Email: pbyrne@swlaw.com<br>ddavis@swlaw.com<br><br>Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)<br>Allison L. McQueen, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 |

|  |  |
|---|---|
|  | Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br>Email:  bbiesenthal@jonesday.com<br>amcqueen@jonesday.com |
|  | Nicole M. Perry, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>717 Texas Street, Suite 3300<br>Houston, TX 77002<br>Telephone:  (832) 239-3939<br>Facsimile:  (832) 239-3600<br>Email:  nmperry@jonesday.com |
|  | *Counsel for Defendant Wynn Las Vegas, LLC* |
| /s/ Robert A. Ryan<br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>KNIGHT & RYAN PLLC<br>8880 W. Sunset Rd., Suite 130<br>Las Vegas, NV 89148<br>Telephone:  (702) 462-6083<br>Facsimile:  (702) 462-6048<br>Email:  robert@knightryan.com<br><br>*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC* | /s/ Kristin T. Gallagher<br>Kristen T. Gallagher, Esq.<br>Nevada Bar No. 9561<br>MCDONALD CARANO LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>Email:  kgallagher@mcdonaldcarano.com<br><br>Ann H. MacDonald, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5548<br>Facsimile:  (312) 258-5600<br>Email:  ann.macdonald@afslaw.com<br><br>Elise Yu, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone:  (734) 222-1556<br>Facsimile:  (734) 222-1501<br>Email:  elise.yu@afslaw.com<br><br>*Counsel for Defendants Desert Palace LLC and Flamingo Las Vegas Operating Company LLC* |
| /s/ Justin W. Smerber<br>Justin W. Smerber, Esq.<br>Nevada Bar No. 10761<br>BRANDON SMERBER LAW FIRM<br>139 E. Warm Springs Rd.<br>Las Vegas, NV 89119<br>Telephone:  (702) 380-0007<br>Facsimile:  (702) 380-2964<br>Email:  j.smerber@bsnv.law<br><br>*Counsel for Defendant FP Holdings, L.P.* | /s/ Nathanael R. Rulis<br>Nathanael R. Rulis, Esq.<br>Nevada Bar No. 11259<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, NV 89169<br>Telephone:  (702) 385-6000<br>Facsimile:  (702) 385-6001<br>Email:  n.rulis@kempjones.com<br><br>David Sager, Esq. (Pro Hac Vice)<br>DLA PIPER LLP (US) |

51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
Email: david.sager@dlapiper.com

Kyle T. Orne, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone: (480) 606-5172
Facsimile: (480) 606-5527
Email: kyle.orne@dlapiper.com

*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2025