Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
       ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>BELLAGIO LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-00145-JCM-DJA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO STAY DISCOVERY |

Plaintiff Christina T. and Defendants Bellagio LLC; Desert Palace, LLC; Nevada Property 1, LLC; Flamingo Las Vegas Operating Company LLC; HRHH Hotel/Casino, LLC; BREF HRHH LLC; Brookfield Finance LLC; Brookfield Asset Management (US), Inc.; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; FP Holdings, L.P.;

-1-

Venetian Las Vegas Gaming, LLC;[1] and Wynn Las Vegas, LLC (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On December 20, 2024, Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada. (ECF No. 1-1) (the "Complaint").

2. On January 23, 2025, Wynn Las Vegas, LLC timely removed the case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. (ECF No. 1).

3. On February 20, 2025, Defendant Venetian Las Vegas Gaming, LLC filed its Motion to Dismiss the Complaint (ECF No. 21); Defendants Bellagio, LLC, Nevada Property 1 LLC, Mandalay Resort Group, LLC, MGM Grand Hotel, LLC, and MGM Grand Propco, LLC filed their Motion to Dismiss the Complaint (ECF No. 23); Defendant FP Holdings, L.P. filed its Motion to Dismiss the Complaint. (ECF No. 28); Defendants Desert Palace LLC and Flamingo Las Vegas Operating Company, LLC filed their Motion to Dismiss the Complaint (ECF No. 30); and Defendant Wynn Las Vegas, LLC filed its Motion to Dismiss the Complaint (ECF No. 31) (together, "Defendants' Motions to Dismiss the Complaint").

4. The deadline for the Parties' Discovery Plan and Scheduling Order is currently set for April 6, 2025.

5. On March 20, 2025, Plaintiff filed her Consolidated Response to Defendants' Motions to Dismiss and Motion for Leave to Amend Complaint Under Rule 15(A). (ECF No. 46).

6. On April 3, 2025, Defendant Venetian Las Vegas Gaming, LLC filed its Notice of Non-Opposition to Plaintiff's Motion for Leave to Amend, but reserved all rights to challenge the claims and allegations made in the Amended Complaint. (ECF No. 47).

7. Also on April 3, 2025, Defendant Wynn Las Vegas, LLC filed its Notice of Non-Opposition to Plaintiff's Motion for Leave to Amend, but stated its intention to file a renewed motion to dismiss should such leave be granted. (ECF No. 48).

---

[1] Plaintiff appears to have transposed the name of Venetian Las Vegas Gaming, LLC as Venetian Gaming Las Vegas, LLC, which is a non-existent entity.

8. On April 4, 2025, Defendants Desert Palace LLC and Flamingo Las Vegas Operating Company, LLC filed their notice of non-opposition to Plaintiff's Motion for Leave to Amend, but reserved all rights to challenge the claims and allegations made in the Amended Complaint. (ECF No. 49).

9. In the interests of judicial economy and to avoid the incurrence of unnecessary attorneys' fees and costs, the Parties agree that discovery should be stayed pending the Court's ruling on Defendants' Motions to Dismiss the Complaint, Plaintiff's Motion for Leave to Amend her Complaint, as well as any subsequent yet-to-be-filed motions to dismiss the Amended Complaint. Good cause exists for a stay of discovery here because discovery in this case involves the production of records involving a Plaintiff who alleges she is a survivor of human trafficking. Discovery will necessarily involve highly sensitive documents related to Plaintiff; a stay while Defendants' Motions to Dismiss the Complaint, Plaintiff's Motion for Leave to Amend, and any subsequent yet-to-be-filed motions to dismiss the Amended Complaint are pending will maximize the protections of Plaintiff's privacy, conserve judicial resources, and avoid unnecessary costs.

10. To the extent that the Court's decisions on Defendants' Motions to Dismiss the Complaint, Plaintiff's Motion for Leave to Amend her Complaint, and any subsequent yet-to-be-filed motions to dismiss the Amended Complaint do not fully dispose of this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due within thirty (30) days of the Court's decision on any anticipated motions to dismiss the Amended Complaint.

11. The Parties further discussed and intend to propose a one (1) year discovery period commencing as of the date of the Court's ruling on any anticipated motions to dismiss the Amended Complaint.

IT IS SO STIPULATED.

Dated: April 7, 2025						Respectfully submitted,

/s/ Geoffrey C. Parker				/s/ Nicole M. Perry
Michael C. Kane, Esq.				Patrick G. Byrne, Esq.
Nevada Bar No. 10096				Nevada Bar No. 7636
Bradley J. Myers, Esq.				Dawn Davis, Esq.
Nevada Bar No. 8857				Nevada Bar No. 13329
Joel S. Hengstler, Esq.				SNELL & WILMER
Nevada Bar No. 11597				1700 South Pavilion Center Drive, Suite 700
THE702FIRM INJURY ATTORNEYS		Las Vegas, NV 89135
8335 West Flamingo Road				Telephone: (702) 784-5275
Las Vegas, NV 89147				Facsimile: (702) 784-5252
Telephone: (702) 776-3333			Email: pbyrne@swlaw.com
Facsimile: (702) 505-9787				          ddavis@swlaw.com
Email: mike@the702firm.com
          brad@the702firm.com			Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
							Allison L. McQueen, Esq. (*Pro Hac Vice*)
Geoffrey C. Parker, Esq.				JONES DAY
Nevada Bar No. 16952				110 North Wacker Drive, Suite 4800
Jonathan L. Hilton, Esq.				Chicago, IL 60606
Nevada Bar No. 16889				Telephone: (312) 782-3939
HILTON PARKER LLC				Facsimile: (312) 782-8585
7658 Slate Ridge Blvd.,				Email: bbiesenthal@jonesday.com
Reynoldsburg, OH 43068				          amcqueen@jonesday.com
Telephone: (614) 992-2277
Facsimile: (614) 927-5980				Nicole M. Perry, Esq. (*Pro Hac Vice*)
Email: gparker@hiltonparker.com		JONES DAY
							717 Texas Street, Suite 3300
*Counsel for Plaintiff Christina T.*		Houston, TX 77002
							Telephone: (832) 239-3939
							Facsimile: (832) 239-3600
							Email: nmperry@jonesday.com

							*Counsel for Defendant Wynn Las Vegas, LLC*

/s/ Robert A. Ryan					/s/ Justin W. Smerber
Robert A. Ryan, Esq.				Justin W. Smerber, Esq.
Nevada Bar No. 12084				Nevada Bar No. 10761
KNIGHT & RYAN PLLC				BRANDON SMERBER LAW FIRM
8880 W. Sunset Rd., Suite 130			139 E. Warm Springs Rd.
Las Vegas, NV 89148				Las Vegas, NV 89119
Telephone: (702) 462-6083			Telephone: (702) 380-0007
Facsimile: (702) 462-6048				Facsimile: (702) 380-2964
Email: robert@knightryan.com			Email: j.smerber@bsnv.law

*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*			*Counsel for Defendant FP Holdings, L.P.*

-4-

| | |
|---|---|
| /s/ *Kristen T. Gallagher*<br>Kristen T. Gallagher, Esq.<br>Nevada Bar No. 9561<br>MCDONALD CARANO LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>Email: kgallagher@mcdonaldcarano.com<br><br>Ann H. MacDonald, Esq. (*Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5548<br>Facsimile: (312) 258-5600<br>Email: ann.macdonald@afslaw.com<br><br>Elise Yu, Esq. (*Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1556<br>Facsimile: (734) 222-1501<br>Email: elise.yu@afslaw.com<br><br>*Counsel for Defendants Desert Palace LLC and Flamingo Las Vegas Operating Company LLC* | /s/ *Kyle T. Orne*<br>Nathanael R. Rulis, Esq.<br>Nevada Bar No. 11259<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, NV 89169<br>Telephone: (702) 385-6000<br>Facsimile: (702) 385-6001<br>Email: n.rulis@kempjones.com<br><br>David Sager, Esq. (*Pro Hac Vice*)<br>DLA PIPER LLP (US)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078<br>Telephone: (973) 520-2570<br>Facsimile: (973) 520-2551<br>Email: david.sager@dlapiper.com<br><br>Kyle T. Orne, Esq. (*Pro Hac Vice*)<br>DLA PIPER LLP (US)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>Telephone: (480) 606-5172<br>Facsimile: (480) 606-5527<br>Email: kyle.orne@dlapiper.com<br><br>*Counsel for Defendant Venetian Las Vegas Gaming, LLC*<br><br>/s/ *Phillip V. Tiberi*<br>Phillip V. Tiberi<br>Nevada Bar No. 6146<br>Holly A. AlDabbagh<br>WOOD, SMITH, HENNING<br>& BERMAN, LLP<br>Nevada Bar No. 15502<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>Telephone: (702) 251-4100<br>Email: ptiberi@wshblaw.com<br><br>*Counsel for Defendants HRHH Hotel/Casino, LLC, BREF HRHH LLC, Brookfield Finance LLC, and Brookfield Asset Management (US), Inc.* |

The Court finds that the parties have shown good cause for their request to stay discovery. *See* Fed. R. Civ. P. 26(c); *see Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 at *2-4 (D. Nev. Oct. 14, 2021). So, the Court GRANTS their stipulation (ECF No. 50).

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/8/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                                        /s/ *Nicole M. Perry*
                                                        Nicole M. Perry

                                                        Attorney for Defendant
                                                        *Wynn Las Vegas, LLC*