MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:     (702) 776-3333
Facsimile:     (702) 505-9787
***E-Mail:***     *service@the702firm.com*

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:     (614) 992-2277
Facsimile:     (614) 927-5980
***E-Mail:***     *gparker@hiltonparker.com*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA T., pseudonymously, | Case No. : 2:25-cv-145 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE PERTAINING TO DEFENDANTS' PENDING MOTIONS TO DISMISS** |
| BELLAGIO LLC, et al., | |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.     On May 27, 2025, Defendants filed a total of four motions to dismiss Plaintiff's First Amended Complaint.  (ECF Nos. 55, 56, 57, & 58.)

4.     Pursuant to LR 7-2(b), Plaintiff's responses to Defendants' motions to dismiss are due on June 10, 2025.

5.     The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to respond to Defendants' pending motions to dismiss by fourteen (14) days, making her deadline to respond June 24, 2025.

6.     The Parties further agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to file their replies in support of their motions to dismiss (if any) by fourteen (14) days, placing each Defendant's reply deadline twenty-one (21) days after the filing of Plaintiff's relevant response (i.e. July 15, 2025 if Plaintiff responds on June 24, 2025).

7.     This extension is necessary to provide the Parties' counsel sufficient time to review and respond to the arguments made in, and in relation to, the pending motions to dismiss.

8.     This is the first stipulation for an extension of the time for Plaintiff to respond to Defendants' motions to dismiss Plaintiff's first amended complaint, and it is also the first stipulation for an extension of the time for Defendants to reply in support of the same.

IT IS SO STIPULATED.

DATED this 2nd day of June, 2025.

Respectfully submitted,

/s/ Geoffrey C. Parker
GEOFFREY C. PARKER, ESQ.
Nevada Bar. No. 16952
HILTON PARKER LLC
Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Counsel for Plaintiff Christina T.*

/s/ Nicole M. Perry
Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email:  nmperry@jonesday.com

Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
Allison L. McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email:  bbiesenthal@jonesday.com
amcqueen@jonesday.com

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
ddavis@swlaw.com
*Counsel for Defendant Wynn Las Vegas, LLC*

/s/ Nathanael R. Rulis
Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Telephone:  (702) 385-6000
Facsimile:  (702) 385-6001
Email:  n.rulis@kempjones.com

David Sager, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone:  (973) 520-2570
Facsimile:  (973) 520-2551
Email:  david.sager@dlapiper.com

Kyle T. Orne, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone:  (480) 606-5172
Facsimile:  (480) 606-5527
Email:  kyle.orne@dlapiper.com
*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

/s/ Robert A. Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone:  (702) 462-6083
Facsimile:  (702) 462-6048
Email:  robert@knightryan.com
*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*

/s/ Kristen T. Gallagher
Kristen T. Gallagher, Esq.
Nevada Bar No. 9561
MCDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Ann H. MacDonald, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:  (312) 258-5548
Facsimile:  (312) 258-5600
Email:  ann.macdonald@afslaw.com

Elise Yu, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone:  (734) 222-1556
Facsimile:  (734) 222-1501
Email:  elise.yu@afslaw.com
*Counsel for Defendants Desert Palace LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 4, 2025