MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:   (702) 505-9787
*E-Mail:*   service@the702firm.com

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:   (614) 992-2277
Facsimile:   (614) 927-5980
*E-Mail:*   gparker@hiltonparker.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA T., pseudonymously, | Case No. : 2:25-cv-00145-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SEEK LEAVE TO AMEND COMPLAINT** |
| BELLAGIO LLC, et al., | |
| Défendants. | **(FIRST REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; Wynn Las Vegas, LLC; and Resorts World Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through her their respective of record, hereby agree and stipulate as follows:

1.   On October 17, 2025, the Court granted Defendants' motions to dismiss Plaintiff's First Amended Complaint (ECF Nos. 55–58, 75) and gave Plaintiff 21 days to seek leave to amend her complaint. (ECF No. 79.)

2.   Plaintiff's current deadline to seek leave to amend her complaint and attach the proposed amended complaint is November 10, 2025. Defendants' deadline to file responses thereto would be November 24, 2025.

3. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to seek leave to file an amended complaint by seven (7) days, making her new deadline to November 17, 2025.

4. The Parties further agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to file their responses (if any) to Plaintiff's motion for leave to amend her complaint by seven (7) days, placing each Defendant's response deadline twenty-one (21) days after the deadline for Plaintiff's motion: December 8, 2025.

5. Good cause exists for this extension. Plaintiff's counsel requires additional time to prepare her Second Amended Complaint because Plaintiff's counsel has three separate responses to motions for summary judgment—in three complex and unrelated matters—due during the week preceding the present deadline. Two of these responses are due on Friday, November 7, just three days before the Monday November 10 deadline for Plaintiff to seek leave to amend and attach her proposed Second Amended Complaint.

6. This extension is necessary to provide the Plaintiff's counsel sufficient time to amend her complaint, and a reciprocal extension of Defendants' time to respond is appropriate due to the adjustment for Plaintiff's motion deadline that would require Defendants to brief the issues raised in the motion for leave across the Thanksgiving holiday.

7. This is the first stipulation for an extension of the time for Plaintiff to file her motion for leave to amend her complaint, and it is also the first stipulation for an extension of the time for Defendants to file their responses in response thereto.

IT IS SO STIPULATED.

DATED this 3rd day of November, 2025.

Respectfully submitted,

/s/ Geoffery C. Parker
GEOFFREY C. PARKER, ESQ.
Nevada Bar. No. 16952
HILTON PARKER LLC
Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
MICHAEL C. KANE, ESQ.

/s/ Nichole M. Perry
Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

| | | |
|---|---|---|
| 1 | Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ. | Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)<br>Allison L. McQueen, Esq. (*Pro Hac Vice*) |
| 2 | Nevada Bar No. 8857<br>JOEL S. HENGSTLER, ESQ. | JONES DAY<br>110 North Wacker Drive, Suite 4800 |
| 3 | Nevada Bar No. 11597<br>THE702FIRM INJURY ATTORNEYS | Chicago, IL 60606<br>Telephone: (312) 782-3939 |
|   | 8335 West Flamingo Road | Facsimile: (312) 782-8585 |
| 4 | Las Vegas, Nevada 89147 | Email: bbiesenthal@jonesday.com<br>amcqueen@jonesday.com |
| 5 | *Counsel for Plaintiff Christina T.* | |
| 6 | | Patrick G. Byrne, Esq.<br>Nevada Bar No. 7636 |
| 7 | | Dawn Davis, Esq.<br>Nevada Bar No. 13329 |
| 8 | | SNELL & WILMER<br>1700 South Pavilion Center Drive, Suite 700 |
| 9 | | Las Vegas, NV 89135<br>Telephone: (702) 784-5275 |
| 10 | | Facsimile: (702) 784-5252<br>Email: pbyrne@swlaw.com |
| 11 | | ddavis@swlaw.com |
| 12 | | *Counsel for Defendant Wynn Las Vegas, LLC* |
| 13 | /s/ Nathanael R. Rulis | /s/ Kristen T. Gallagher |
|    | Nathanael R. Rulis, Esq. | Kristen T. Gallagher, Esq. |
| 14 | Nevada Bar No. 11259 | Nevada Bar No. 9561 |
| 15 | KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700 | MCDONALD CARANO LLP<br>2300 W. Sahara Ave., Suite 1200 |
| 16 | Las Vegas, NV 89169<br>Telephone: (702) 385-6000 | Las Vegas, NV 89102<br>Telephone: (702) 873-4100 |
| 17 | Facsimile: (702) 385-6001<br>Email: n.rulis@kempjones.com | Email: kgallagher@mcdonaldcarano.com |
| 18 | David Sager, Esq. (Pro Hac Vice) | Ann H. MacDonald, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP |
| 19 | DLA PIPER LLP (US)<br>51 John F. Kennedy Parkway, Suite 120 | 233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606 |
| 20 | Short Hills, NJ 07078<br>Telephone: (973) 520-2570 | Telephone: (312) 258-5548<br>Facsimile: (312) 258-5600 |
| 21 | Facsimile: (973) 520-2551<br>Email: david.sager@dlapiper.com | Email: ann.macdonald@afslaw.com |
| 22 | Kyle T. Orne, Esq. (Pro Hac Vice) | Elise Yu, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP |
| 23 | DLA PIPER LLP (US)<br>2525 East Camelback Road, Suite 1000 | 350 South Main Street, Suite 210<br>Ann Arbor, MI 48104 |
| 24 | Phoenix, AZ 85016<br>Telephone: (480) 606-5172 | Telephone: (734) 222-1556<br>Facsimile: (734) 222-1501 |
| 25 | Facsimile: (480) 606-5527<br>Email: kyle.orne@dlapiper.com | Email: elise.yu@afslaw.com<br>*Counsel for Defendant~~s~~ Desert Palace LLC* |
| 26 | *Counsel for Defendant Venetian Las Vegas Gaming, LLC* | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| /s/ Robert A. Ryan | /s/ Justin W. Smerber |
| Robert A. Ryan, Esq. | Justin W. Smerber, Esq. |
| Nevada Bar No. 12084 | Nevada Bar No. 10761 |
| KNIGHT & RYAN PLLC | BRANDON SMERBER LAW FIRM |
| 8880 W. Sunset Rd., Suite 130 | 139 East Warm Springs Road |
| Las Vegas, NV 89148 | Las Vegas, NV 89119 |
| Telephone: (702) 462-6083 | Telephone: (702) 380-0007 |
| Facsimile: (702) 462-6048 | Facsimile: (702) 380-2964 |
| Email: robert@knightryan.com | Email: j.smerber@bsnv.law |
| *Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC* | *Counsel for Defendant Resorts World Las Vegas, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 4, 2025