MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:   (702) 505-9787
*E-Mail:*   service@the702firm.com

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:   (614) 992-2277
Facsimile:   (614) 927-5980
*E-Mail:*   gparker@hiltonparker.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>   Plaintiff,<br>vs.<br><br>BELLAGIO LLC, et al.,<br><br>   Defendants. | Case No. : 2:25-cv-145<br><br>**STIPULATION AND ORDER TO SEAL** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

    1.    On November 17, 2025, Plaintiff filed a Motion to Amend [53] Amended Complaint with Exhibit 1 [Proposed] Second Amended Complaint. (ECF No. 82.)

///

///

2. Defendants Bellagio LLC, Mandalay Bay Resort Group, LLC, MGM Grand Hotel, LLC, MGM Grand Propco, LLC, Venetian Las Vegas Gaming, LLC, and Wynn Las Vegas, LLC have asserted that Exhibit 1 contains, and/or includes allegations that are based upon confidential information that was disclosed in a separate proceeding, currently pending before the Court as *A.H. v. Wynn Las Vegas, LLC*, Case No. 24-cv-01041-GMN-NJK (the "AH Litigation"), under the protection of a Protective Order entered in the AH Litigation (the "AH Litigation PO") and that Plaintiff's counsel obtained through their role as counsel for plaintiff in the AH Litigation. Pursuant to the AH Litigation PO, such material requires protection from public disclosure.

3. The Parties agree, stipulate, and respectfully request that the Court temporarily seal Exhibit 1 [Proposed] Second Amended Complaint attached to Plaintiff's Motion to Amend filed on November 17, 2025 (ECF No. 82) to provide the parties an opportunity to meet and confer regarding a potential resolution of Defendants' contentions.

4. Good cause and compelling reasons exist to seal Exhibit 1 on the basis of Defendants' assertion of violation of the AH Litigation PO in order to remove Exhibit 1 from the public eye while the parties work out this dispute because failure to seal eliminates the parties' ability to remediate the issue.

5. The parties stipulate and agree that Exhibit 1 should be sealed for sixty (60) days from the date of entry of this Stipulation or the Court's ruling on a further motion or stipulation from the Parties relating to this issue, whichever is earlier.

IT IS SO STIPULATED.

DATED this 20th day of November, 2025.

| | |
|---|---|
| /s/ Michael Kane | /s/ Nicole Perry |
| GEOFFREY C. PARKER, ESQ. | Patrick G. Byrne, Esq. |
| Nevada Bar. No. 16952 | Nevada Bar No. 7636 |
| HILTON PARKER LLC | Dawn Davis, Esq. |
| Ohio Bar No. 0095742 | Nevada Bar No. 13329 |
| 7658 Slate Ridge Boulevard | SNELL & WILMER |
| Reynoldsburg, Ohio 43068 | 1700 South Pavilion Center Drive, Suite 700 |
| MICHAEL C. KANE, ESQ. | Las Vegas, NV 89135 |
| Nevada Bar No. 10096 | Telephone: (702) 784-5275 |
| BRADLEY J. MYERS, ESQ. | Facsimile: (702) 784-5252 |

| | | |
|---|---|---|
| 1 | Nevada Bar No. 8857<br>THE702FIRM INJURY ATTORNEYS<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>*Counsel for Plaintiff Christina T.* | Email: pbyrne@swlaw.com<br>ddavis@swlaw.com<br><br>Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)<br>Allison L. McQueen, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bbiesenthal@jonesday.com<br>amcqueen@jonesday.com<br><br>Nicole M. Perry, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>717 Texas Street, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>Email: nmperry@jonesday.com<br>*Counsel for Defendant Wynn Las Vegas, LLC* |

*/s/ Kyle Orne*  
Nathanael R. Rulis, Esq.  
Nevada Bar No. 11259  
KEMP JONES, LLP  
3800 Howard Hughes Parkway, Suite 1700  
Las Vegas, NV 89169  
Telephone: (702) 385-6000  
Facsimile: (702) 385-6001  
Email: n.rulis@kempjones.com  

David Sager, Esq. (Pro Hac Vice)  
DLA PIPER LLP (US)  
51 John F. Kennedy Parkway, Suite 120  
Short Hills, NJ 07078  
Telephone: (973) 520-2570  
Facsimile: (973) 520-2551  
Email: david.sager@dlapiper.com  

Kyle T. Orne, Esq. (Pro Hac Vice)  
DLA PIPER LLP (US)  
2525 East Camelback Road, Suite 1000  
Phoenix, AZ 85016  
Telephone: (480) 606-5172  
Facsimile: (480) 606-5527  
Email: kyle.orne@dlapiper.com  
*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

*/s/ Elise Yu*  
Kristen T. Gallagher, Esq.  
Nevada Bar No. 9561  
MCDONALD CARANO LLP  
2300 W. Sahara Ave., Suite 1200  
Las Vegas, NV 89102  
Telephone: (702) 873-4100  
Email: kgallagher@mcdonaldcarano.com  

Ann H. MacDonald, Esq. (Pro Hac Vice)  
ARENTFOX SCHIFF LLP  
233 S. Wacker Drive, Suite 7100  
Chicago, IL 60606  
Telephone: (312) 258-5548  
Facsimile: (312) 258-5600  
Email: ann.macdonald@afslaw.com  

Elise Yu, Esq. (Pro Hac Vice)  
ARENTFOX SCHIFF LLP  
350 South Main Street, Suite 210  
Ann Arbor, MI 48104  
Telephone: (734) 222-1556  
Facsimile: (734) 222-1501  
Email: elise.yu@afslaw.com  
*Counsel for Defendants Desert Palace LLC*

///

///

/s/Robert Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone: (702) 462-6083
Facsimile: (702) 462-6048
Email: robert@knightryan.com
*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*

Having reviewed the parties' stipulation, the Court finds compelling reasons to seal the exhibit to the motion to amend for sixty days from the date of this order.

As a preliminary matter, the Court analyzes this stipulation using the compelling reasons standard (rather than the good cause standard) because the exhibit is a proposed amended complaint and therefore, more than tangentially related to the merits of the case. *See Ctr for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097, 1101 (9th Cir. 2016). The Court finds the parties' need for time to discuss Defendants' assertion that the exhibit contains material marked confidential in another case constitutes a compelling reason. *Id.* But only to **temporarily** seal the document. This is because the fact that a party has designated material confidential under a protective order does not, standing alone, establish sufficient grounds to seal a filed document. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1133 (9th Cir. 2003); *see also Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). So, if a party wishes the Court to keep the exhibit under seal after the sixty days has passed, that party must file a motion to seal that provides compelling reasons beyond just the existence of a protective order.

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **SEAL** Exhibit A to the Motion to Amend Complaint (ECF No. 82-1).

**IT IS FURTHER ORDERED** that the Court will retain this exhibit under seal until **January 20, 2026.** If the Court does not receive a motion or stipulation establishing compelling reasons for retaining the exhibit under seal before January 20, 2026, the Court will **unseal** the document.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 24, 2025