MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:     (702) 776-3333
Facsimile:      (702) 505-9787
*E-Mail:*          service@the702firm.com

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:     (614) 992-2277
Facsimile:      (614) 927-5980
*E-Mail:*          gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>  Plaintiff,<br>vs.<br><br>BELLAGIO LLC, et al.,<br><br>  Defendants. | Case No. : 2:25-cv-145-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.  On November 17, 2025, Plaintiff filed a Motion to Amend [53] Amended Complaint with Exhibit 1 [Proposed] Second Amended Complaint. (ECF No. 82.)

2.  Defendants deadline to file their responses to Plaintiff's Motion to Amend is currently December 8, 2025. (*See* ECF No. 81) (granting first request for extension).

3. The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to file their responses in opposition (if any) to Plaintiff's motion for leave to amend her complaint by fourteen (14) days to December 22, 2025.

4. The Parties further agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to file a reply in support of her motion for leave to amend her complaint by seven (7) days, placing Plaintiff's reply deadline 14 days after the filing of Defendants' responses (i.e. January 5, 2026 if Defendants file their responses on December 22, 2025.)

5. Good cause exists for this extension because there is a dispute between the Parties regarding whether Plaintiff's [Proposed] Second Amended Complaint discloses confidential information and whether it must therefore be modified or stricken. The Parties require additional time to resolve this dispute among themselves without court intervention. Good cause exists to extend Plaintiff's deadline to reply in support because Plaintiff's deadline would otherwise fall in the middle of the holidays.

6. This is the second stipulation for an extension of time for Defendants to file their responses in opposition and the first stipulation for an extension of time for Plaintiff to reply.

IT IS SO STIPULATED.

DATED this 24th day of November, 2025.

Respectfully submitted,

/s/ Geoffrey C. Parker
GEOFFREY C. PARKER, ESQ.
Nevada Bar. No. 16952
HILTON PARKER LLC
Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Counsel for Plaintiff Christina T.*

/s/Nicole M. Perry
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
ddavis@swlaw.com

| | |
|---|---|
| | Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)<br>Allison L. McQueen, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bbiesenthal@jonesday.com<br>amcqueen@jonesday.com<br><br>Nicole M. Perry, Esq. (*Pro Hac Vice*)<br>JONES DAY<br>717 Texas Street, Suite 3300<br>Houston, TX 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br>Email: nmperry@jonesday.com<br>*Counsel for Defendant Wynn Las Vegas, LLC* |
| /s/Kyle T. Orne<br>Nathanael R. Rulis, Esq.<br>Nevada Bar No. 11259<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, NV 89169<br>Telephone: (702) 385-6000<br>Facsimile: (702) 385-6001<br>Email: n.rulis@kempjones.com<br><br>David Sager, Esq. (Pro Hac Vice)<br>DLA PIPER LLP (US)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078<br>Telephone: (973) 520-2570<br>Facsimile: (973) 520-2551<br>Email: david.sager@dlapiper.com<br><br>Kyle T. Orne, Esq. (Pro Hac Vice)<br>DLA PIPER LLP (US)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>Telephone: (480) 606-5172<br>Facsimile: (480) 606-5527<br>Email: kyle.orne@dlapiper.com<br>*Counsel for Defendant Venetian Las Vegas Gaming, LLC* | /s/Elise Yu<br>Kristen T. Gallagher, Esq.<br>Nevada Bar No. 9561<br>MCDONALD CARANO LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>Email: kgallagher@mcdonaldcarano.com<br><br>Ann H. MacDonald, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5548<br>Facsimile: (312) 258-5600<br>Email: ann.macdonald@afslaw.com<br><br>Elise Yu, Esq. (Pro Hac Vice)<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1556<br>Facsimile: (734) 222-1501<br>Email: elise.yu@afslaw.com<br>*Counsel for Defendants Desert Palace LLC* |
| /s/Robert Ryan<br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>KNIGHT & RYAN PLLC<br>8880 W. Sunset Rd., Suite 130<br>Las Vegas, NV 89148<br>Telephone: (702) 462-6083<br>Facsimile: (702) 462-6048 | |

Email: robert@knightryan.com
*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/25/2025