**KNIGHT & RYAN PLLC**
Robert A. Ryan, #12084
Scott A. Knight, #9083
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax
robert@knightryan.com
scott@knightryan.com

*Attorneys for Defendants Bellagio, LLC,*
*Nevada Property 1, LLC, Mandalay Bay Resort Group, LLC*
*MGM Grand Hotel, LLC, and MGM Grand Propco, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Christina T., an Individual,** | Case No. 2:25-cv-00145- JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO SEAL** |
| v. | |
| **Bellagio, LLC, *et al.*,** | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    On November 17, 2025, Plaintiff filed a Motion to Amend [53] Amended Complaint and attached as Exhibit 1 a [Proposed] Second Amended Complaint. (ECF No. 82.)

2.    Defendants Bellagio LLC, Mandalay Bay Resort Group, LLC, MGM Grand Hotel, LLC, MGM Grand Propco, LLC, Venetian Las Vegas Gaming, LLC, and Wynn Las Vegas, LLC have asserted that Exhibit 1 contains, and/or includes allegations that are based upon confidential information that was disclosed in a separate proceeding, currently pending before the Court as *A.H. v. Wynn Las Vegas, LLC*, Case No. 24-cv-01041-GMN-NJK (the "AH Litigation"), under the protection of a Protective Order entered in the AH Litigation (the "AH Litigation PO") and that

Plaintiff's counsel obtained through their role as counsel for plaintiff in the AH Litigation. Pursuant to the AH Litigation PO, such material requires protection from public disclosure.

3.    On November 20, 2025, the Parties jointly requested that the Court temporarily seal Exhibit 1, the [Proposed] Second Amended Complaint, to allow the Parties to meet and confer regarding a potential resolution of Defendants' contentions. The Parties explained that good cause and compelling reasons supported sealing to remove Exhibit 1 from public access while the Parties addressed the dispute, because failure to seal would risk further dissemination of information subject to the AH Litigation PO and eliminate the Parties' ability to remediate the issue.

4.    On November 24, 2025, the Court granted the Parties' Stipulation, sealing Exhibit 1 for sixty days, until January 20, 2026. (ECF No. 85.)

5.    To further support continued sealing, the Parties note that the disputed material in Exhibit 1 remains subject to a pending Motion to Enforce Protective Order and for Sanctions in the AH Litigation, which challenges the alleged use and disclosure of materials designated as Confidential and therefore protected by the AH Litigation PO.  The materials are also the subject of a motion to unseal in the AH Litigation. The resolution of those motions will determine whether and to what extent information in Exhibit 1 may be publicly disclosed in this action.[1] Such motions were filed after multiple meet-and-confer attempts between the parties to the AH Litigation.

6.    Consistent with *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006), the pendency of those motions itself constitutes specific,-case-linked facts establishing "compelling reasons" to maintain Exhibit 1 under seal at this time, as premature public disclosure would risk further dissemination of putatively protected information, undermine the AH Court's ability to adjudicate the pending motions, and potentially render any relief ineffectual. At this time, such disclosure risks harm that outweighs the public's interest in access.

7.    In light of the pending motions in the AH Litigation and the protections afforded by the AH Litigation PO, the Parties' request is narrowly tailored to preserve the status quo until the

---

[1] Nothing in this statement or in the Parties' positions regarding continuing to seal Exhibit 1 waives, limits, or prejudices any Party's rights to appeal, seek reconsideration, or pursue any other relief in the AH Litigation or in this action.

AH Court adjudicates the motions, at which point the scope of any necessary sealings can be reassessed in light of the AH Court's rulings.

8.    Accordingly, the Parties stipulate and agree that Exhibit 1 should remain sealed for an additional sixty (60) days from the date of entry of this Stipulation. This stipulated extension of sealing is without prejudice to any Party's rights and positions in either this action or the AH Litigation.

9.    The Parties therefore respectfully request that the Court enter an order continuing the sealing of Exhibit 1 consistent with this Stipulation.

IT IS SO STIPULATED.

DATED this 14th day of January, 2026.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 97) is GRANTED.  The materials filed at ECF No. 82-1 shall remain provisionally sealed until March 16, 2026.

IT IS FURTHER ORDERED that, given the parties' representations herein and in related motions to seal and supporting briefs (ECF Nos. 89, 95, 96), the Court finds good cause to GRANT the motions to seal (ECF Nos. 89, 95) on the same provisional basis.  The materials filed at ECF Nos. 90 and 94 shall remain provisionally sealed until March 16, 2026.

IT IS FURTHER ORDERED that, on or before March 16, 2026, the parties must file a joint status report regarding the sealing motions in the AH Litigation and informing the Court whether the parties intend to move to seal the information contained in ECF Nos. 82-1, 90, and 94.  If the Court does not receive a joint status report before March 16, 2026, the Court will unseal the provisionally-sealed documents.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 15, 2026

*/s/ Geoffrey C. Parker*

GEOFFREY C. PARKER, ESQ.
Nevada Bar. No. 16952 HILTON
PARKER LLC Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068 MICHAEL
C. KANE, ESQ. Nevada Bar No.
10096 BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147

*Counsel for Plaintiff Christina T.*

*/s/ Kyle T. Orne*

Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite
1700
Las Vegas, NV 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: n.rulis@kempjones.com

David Sager, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite
120
Short Hills, NJ 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
Email: david.sager@dlapiper.com

Kyle T. Orne, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite
1000
Phoenix, AZ 85016
Telephone: (480) 606-5172
Facsimile: (480) 606-5527
Email: kyle.orne@dlapiper.com

*Counsel for Defendant Venetian Las
Vegas
Gaming, LLC*

*/s/ Nicole M. Perry*

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive,
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
ddavis@swlaw.com

Bethany K. Biesenthal, Esq. (Pro Hac
Vice)
Allison L. McQueen, Esq. (Pro Hac
Vice) JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
amcqueen@jonesday.com

Nicole M. Perry, Esq. (Pro Hac Vice)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

*Counsel for Defendant Wynn Las
Vegas, LLC*

*/s/ Elise Yu*

Kristen T. Gallagher, Esq.
Nevada Bar No. 9561
MCDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Email:
kgallagher@mcdonaldcarano.com

Ann H. MacDonald, Esq. (Pro Hac
Vice)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100

/s/ Robert Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone: (702) 462-6083
Facismile: (702) 462-6048
Email: robert@knightryan.com

*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*

Chicago, IL 60606
Telephone: (312) 258-5548
Facsimile: (312) 258-5600
Email: ann.macdonald@afslaw.com

Elise Yu, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1556
Facsimile: (734) 222-1501
Email: elise.yu@afslaw.com

*Counsel for Defendants Desert Palace LLC*