Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
        ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA T., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>BELLAGIO LLC, et al.,<br><br>Defendants. | Case No.  2:25-cv-00145-JCM-DJA<br><br>**STIPULATION AND JOINT STATUS REPORT**<br><br>**(THIRD REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively

-1-

"Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    On November 17, 2025, Plaintiff filed a Motion to Amend [53] Amended Complaint and attached as Exhibit 1 a [Proposed] Second Amended Complaint. (ECF No. 82.)

2.    Exhibit 1 is currently the subject of a pending Motion to Enforce Protective Order and for Sanctions (the "Motion to Enforce") in a separate proceeding, currently pending before the Court as *A.H. v. Wynn Las Vegas, LLC*, Case No. 24-cv-01041-GMN-NJK (the "AH Litigation"). The Motion to Enforce challenges the alleged use and disclosure of materials designated as Confidential and Highly Confidential under the Protective Order entered in the AH Litigation (the "AH Litigation PO).

3.    On November 20, 2025, the Parties jointly requested that the Court temporarily seal Exhibit 1, the [Proposed] Second Amended Complaint, to allow the Parties to meet and confer regarding a potential resolution of Defendants' contentions regarding the confidentiality of the allegations. The Parties explained that good cause and compelling reasons supported sealing to remove Exhibit 1 from public access while the Parties addressed the dispute, because failure to seal would risk further dissemination of information subject to the AH Litigation PO and eliminate the Parties' ability to remediate the issue.

4.    On November 24, 2025, the Court granted the Parties' first Stipulation, sealing Exhibit 1 for sixty days, until January 20, 2026. (ECF No. 85.)

5.    On January 14, 2026, the Parties filed a second stipulation requesting continued sealing of Exhibit 1. (ECF No. 97.) On January 15, 2026, the Court granted that stipulation and ordered that the materials filed at ECF No. 82-1 remain provisionally sealed until March 16, 2026. The Court further found good cause to grant the related motions to seal (ECF Nos. 89, 95) on the same provisional basis, ordering that the materials filed at ECF Nos. 90 and 94 also remain provisionally sealed until March 16, 2026. The Court further ordered that, on or before March 16, 2026, the Parties file a joint status report regarding the sealing motions in the AH Litigation and

informing the Court whether the Parties intend to move to seal the information contained in ECF Nos. 82-1, 90, and 94.

6.     On March 9, 2026, the AH Court issued three notices and orders addressing several pending motions in the AH litigation: (1) a Notice on the MGM Defendants' Motion to Enforce, scheduling an in-person hearing for April 7, 2026; (2) an Order granting a motion to intervene and motion to proceed using pseudonyms, and denying a motion to modify the AH Litigation PO; and (3) an Order on a motion to seal, granting in part, denying in part, and deferring in part the sealing of certain exhibits filed in the AH Litigation.

7.     The Motion to Enforce remains pending and is currently scheduled for hearing on April 7, 2026. Additionally, the motion to seal in the AH Litigation remains pending in part, as the AH Court deferred ruling on the sealing of certain exhibits.

8.     Consistent with *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006), the continued pendency of the Motion to Enforce and the deferred portions of the motion to seal constitute compelling reasons to maintain the provisionally sealed materials under seal. Premature public disclosure would risk further dissemination of putatively protected information, undermine the AH Court's ability to adjudicate the pending motions, and potentially render any relief ineffectual. The Parties' request is narrowly tailored to preserve the status quo until the AH Court rules on the pending motions.

9.     Because the Motion to Enforce is scheduled for hearing before the AH Court, and the motion to seal remains pending in part, the Parties stipulate that the materials listed at ECF Nos. 82-1, 90, and 94 should remain sealed for an additional sixty (60) days from the date of entry of this Stipulation. The Parties further agree to file a status update with the Court on or before the expiration of the sixty-day period regarding the continued need, if any, for sealing. The stipulated extension of sealing is without prejudice any Party's rights and positions in either this action or the AH Litigation.

10.    The Parties therefore respectfully request that the Court enter an order continuing the sealing of ECF Nos. 82-1, 90, and 94, consistent with this Stipulation.

IT IS SO STIPULATED.

Dated: March 16, 2026

## **ORDER**

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 99) is GRANTED for good cause.

IT IS FURTHER ORDERED that the Court will maintain the materials filed at ECF Nos. 82-1, 90, and 94 provisionally sealed.

IT IS FURTHER ORDERED that on or before May 18, 2026, the parties must file a joint status report regarding the  related motions in the AH Litigation and informing the Court whether the parties intend to move to seal the information contained in ECF Nos. 82-1, 90, and 94.  If the Court does not receive a joint status report before May 18, 2026, the Court may unseal the provisionally sealed documents.

_____
DANIEL J. ALBREGTS
UNITTED STATES MAGISTRATE JUDGE

DATED: March 17, 2026

-4-

/s/ *Geoffrey C. Parker*
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Joel S. Hengstler, Esq.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, NV 89147
Telephone:  (702) 776-3333
Facsimile:  (702) 505-9787
Email:  mike@the702firm.com
        brad@the702firm.com

Geoffrey C. Parker, Esq.
Nevada Bar No. 16952
Jonathan L. Hilton, Esq.
Nevada Bar No. 16889
HILTON PARKER LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068
Telephone:  (614) 992-2277
Facsimile:  (614) 927-5980
Email:  gparker@hiltonparker.com

*Counsel for Plaintiff Christina T.*

/s/ *Robert A. Ryan*
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone:  (702) 462-6083
Facsimile:  (702) 462-6048
Email:  robert@knightryan.com

*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*

/s/  *Nicole M. Perry*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email:  pbyrne@swlaw.com
        ddavis@swlaw.com

Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
Allison L. McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email:  bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email:  nmperry@jonesday.com

*Counsel for Defendant Wynn Las Vegas, LLC*

-5-

/s/ *Elise Yu*

Kristen T. Gallagher, Esq.
Nevada Bar No. 9561
MCDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Ann H. MacDonald, Esq. (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5548
Facsimile: (312) 258-5600
Email: ann.macdonald@afslaw.com

Elise Yu, Esq. (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1556
Facsimile: (734) 222-1501
Email: elise.yu@afslaw.com

*Counsel for Defendant Desert Palace LLC*

/s/ *Kyle T. Orne*

Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: n.rulis@kempjones.com

David Sager, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
Email: david.sager@dlapiper.com

Kyle T. Orne, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone: (480) 606-5172
Facsimile: (480) 606-5527
Email: kyle.orne@dlapiper.com

*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Nicole M. Perry*
Nicole M. Perry

Attorney for Defendant
*Wynn Las Vegas, LLC*