Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com

Elise H. Yu (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI  48104
Telephone: (734) 222-150
elise.yu@afslaw.com

*Attorneys for Defendant Desert Palace, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christina T., pseudonymously,<br><br>             Plaintiff,<br><br>vs.<br><br>BELLAGIO LLC; DESERT PALACE, LLC; NEVADA PROPERTY 1, LLC; MANDALAY BAY RESORT GROUP, LLC; MGM GRAND HOTEL LLC; MGM GRAND PROPCO LLC; VENETIAN GAMING LAS VEGAS, LLC; and WYNN LAS VEGAS, LLC;<br><br>             Defendants. | Case No: 2:25-cv-00145-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Plaintiff Christina T. ("Plaintiff") and Defendants Bellagio LLC; Desert Palace LLC; Nevada Property 1 LLC; Mandalay Bay Resort Group LLC; MGM Grand Hotel LLC; MGM Grand Propco LLC; Venetian Las Vegas Gaming, LLC; Wynn Las Vegas, LLC; and Resorts World Las Vegas, LLC (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through her their respective of record, hereby agree and stipulate as follows:

1.    On June 4, 2026, Plaintiff filed her Second Amended Complaint (ECF No. 104).

2.    Pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is currently June 18, 2026.

3.    The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint by twenty-two (22) days, making the deadline for Defendants to answer or otherwise respond July 10, 2026.

4.    Counsel for the Parties have met and conferred, and counsel for Defendants have indicated Defendants' intent to file motions to dismiss. Accordingly, the Parties further agree, stipulate, and respectfully request that the Court set the following briefing schedule for Plaintiff's responses to Defendants' motion to dismiss and Defendants' replies in support of their respective motions:

   a.    Plaintiff's responses to Defendants' motions to dismiss will be filed on or before August 7, 2026;

   b.    Defendants' replies in support of their respective motions to dismiss will be filed on or before August 28, 2026.

5.    This extension is necessary to provide Defendants' counsel sufficient time to review the Second Amended Complaint and prepare their motions while accounting for briefing across two federal holidays (Juneteenth, July 4th).

6.    This is the first stipulation for an extension of the time for Defendants to answer or otherwise respond to the Second Amended Complaint and for entry of a briefing schedule for same.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____6/12/2026_____

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

IT IS SO STIPULATED.

DATED this 10th day of June, 2026.

Respectfully submitted,

/s/ *Geoffrey C. Parker*
Geoffrey C. Parker, Esq.
Nevada Bar. No. 16952
HILTON PARKER LLC
Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068

Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Joel S. Hengstler, Esq.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147

*Counsel for Plaintiff Christina T.*

/s/ *Kristen T. Gallagher*
Kristen T. Gallagher, Esq.
Nevada Bar No. 9561
MCDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Ann H. MacDonald, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5548
Facsimile: (312) 258-5600
Email: ann.macdonald@afslaw.com

Elise Yu, Esq. (Pro Hac Vice)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1556
Facsimile: (734) 222-1501
Email: elise.yu@afslaw.com

*Counsel for Defendant Desert Palace LLC*

/s/ Kyle T. Orne
Kyle T. Orne, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone: (480) 606-5172
Facsimile: (480) 606-5527
Email: kyle.orne@dlapiper.com

Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: n.rulis@kempjones.com

/s/ *Nicole M. Perry*
Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
Allison L. McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
amcqueen@jonesday.com



David Sager, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone:  (973) 520-2570
Facsimile:  (973) 520-2551
Email:  david.sager@dlapiper.com

 *Counsel for Defendant Venetian Las Vegas Gaming, LLC*

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email: pbyrne@swlaw.com
ddavis@swlaw.com

*Counsel for Defendant Wynn Las Vegas, LLC*


/s/  Robert A. Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone:  (702) 462-6083
Facsimile:  (702) 462-6048
Email:  robert@knightryan.com

*Counsel for Defendants Bellagio LLC, Nevada Property 1, LLC, Mandalay Bay Resort Group LLC, MGM Grand Hotel LLC, and MGM Grand Propco LLC*