MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
***E-Mail:*** ***service@the702firm.com***

GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
JONATHAN L. HILTON
Nevada Bar No. 16889
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
***E-Mail:*** ***gparker@hiltonparker.com***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA T.,<br><br>Plaintiff,<br>vs.<br><br>BELLAGIO, LLC, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00145<br><br>**Judge James C. Mahan**<br><br>**Mag. Judge Daniel J. Albregts**<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE OMNIBUS RESPONSE IN EXCESS OF TWENTY-FOUR-PAGE LIMIT** |

Upon consideration of Plaintiff Christina T.'s Unopposed Motion to Exceed Page Limit for Her Omnibus Response to Defendants' Motions to Dismiss Pursuant to LR 7-3, good cause appearing, Plaintiff is granted leave to file an omnibus response to all four pending Motions to Dismiss that does not exceed forty (40) pages in length.

Dated this 21st day of July 2026.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE